STARN ● O'TOOLE ● MARCUS & FISHER
A Law Corporation

TERENCE J. O'TOOLE          1209-0
JUDITH A. PAVEY             2173-0
MAILE S. MILLER            10179-0
733 Bishop Street, Suite 1900
Pacific Guardian Center, Makai Tower
Honolulu, Hawai'i 96813
Telephone: (808) 537-6100
totoole@starnlaw.com
jpavey@starnlaw.com
mmiller@starnlaw.com
**Attorneys for Defendants/Counterclaim**
**Plaintiffs SAFEWAY INC and**
**HAWAII NUT & BOLT, INC.**

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| AMERICAN AUTOMOBILE INSURANCE COMPANY, a Missouri corporation; NATIONAL SURETY CORPORATION, a Illinois corporation, | CIVIL NO. CV 15-00245-ACK/KSC (Declaratory Judgment) |
| Plaintiffs, | CERTIFICATE OF SERVICE |
| vs. | re: SAFEWAY INC. AND HAWAII NUT & BOLT, INC.'S REBUTTAL EXPERT WITNESS DISCLOSURE OF ELLIOTT C. ROTHMAN; ATTACHMENT "A" |
| HAWAII NUT & BOLT, INC. and SAFEWAY INC., | |
| Defendants. | |
| SAFEWAY INC.; HAWAII NUT & BOLT, INC. | |
| Counterclaim Plaintiffs | |
| vs. | |
| AMERICAN AUTOMOBILE INSURANCE COMPANY, a Missouri corporation; NATIONAL SURETY CORPORATION, a Illinois corporation, | |

1680398

|  | Counterclaim Defendants, |
| and |  |
| DOUGLAS MOORE, MONARCH INSURANCE SERVICES, INC., a Hawaii corporation, and INSURANCE ASSOCIATES, INC., a Hawaii corporation | |
|  | Additional Counterclaim Defendants. |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 14, 2017, a true and correct copy of

SAFEWAY INC. AND HAWAII NUT & BOLT, INC.'S REBUTTAL EXPERT

WITNESS DISCLOSURE OF ELLIOTT C. ROTHMAN; ATTACHMENT "A"

was served to the following persons via email:

STEVEN D. ALLISON, ESQ.                    sallison@crowell.com
SAMRAH MAHMOUD, ESQ.                 smahmoud@crowell.com
Crowell & Moring LLP
3 Park Plaza, 20th Floor
Irvine, California 92614

BRENDAN V. MULLAN, ESQ.                    bmullan@crowell.com
Crowell & Moring LLP
3 Embarcardero Center
26th Floor
San Francisco, California 94111

2

1680398

STUART N. FUJIOKA, ESQ.                                    stuart@snfaal.com
1188 Bishop Street
Suite 1006
Honolulu, Hawaii 96813

Attorneys for
Plaintiffs/Counterclaim Defendants
AMERICAN AUTOMOBILE
INSURANCE COMPANY and
NATIONAL SURETY
CORPORATION


CORLIS J. CHANG, ESQ.                          corlish@corlischanglaw.com
Law Offices of Corlis J. Chang, LLC
Pauahi Tower, Suite 465
1003 Bishop Street
Honolulu, Hawaii 96813

Attorneys for Counterclaim
Defendants INSURANCE
ASSOCIATES, INC. and
DOUGLAS MOORE

KENNETH S. ROBBINS, ESQ.                    krobbins@bfrhawaii.com
DONNA C. MARRON, ESQ.                        dmarron@bfrhawaii.com
SASHA A. HAMADA, ESQ.                         shamada@bfrhawaii.com
Bronster Fujichaku Robbins
2300 Pauahi Tower
1003 Bishop Street
Honolulu, Hawaii 96813

Attorneys for Counterclaim
Defendants MONARCH
INSURANCE SERVICES and
DOUGLAS MOORE

1680398

DATED:  Honolulu, Hawaii, April 18, 2017.

/s/ Maile S. Miller
TERENCE J. O'TOOLE
JUDITH A. PAVEY
MAILE S. MILLER
Attorneys for Defendant/ Counterclaim
Plaintiff SAFEWAY, INC. and HAWAII
NUT & BOLT, INC.

4