BRONSTER FUJICHAKU ROBBINS
A Law Corporation

KENNETH S. ROBBINS          1000
DONNA C. MARRON             9667
SASHA A. HAMADA             9974
1003 Bishop Street, Suite 2300
Honolulu, Hawaii 96813
Telephone No.:  (808) 524-5644
Facsimile No.:  (808) 599-1881
krobbins@bfrhawaii.com
dmarron@bfrhawaii.com
shamada@bfrhawaii.com

Attorneys for Counterclaim Defendants
DOUGLAS MOORE and MONARCH
INSURANCE SERVICES, INC.

CORLIS J. CHANG            3539
Law Offices of Corlis J. Chang, LLC
1003 Bishop Street, Suite 465
Honolulu, Hawaii 96813
corlis@corlischanglaw.com
Telephone No.: (808) 208-8840
Facsimile No.: (808) 208-8849

Attorney for Counterclaim Defendants
INSURANCE ASSOCIATES, INC. and
DOUGLAS MOORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| AMERICAN AUTOMOBILE INSURANCE COMPANY, a Missouri corporation; NATIONAL SURETY CORPORATION, a Illinois corporation,<br><br>Plaintiffs, | CIVIL NO. CV15-00245 ACK-KSC<br><br>COUNTERCLAIM DEFENDANTS DOUGLAS MOORE, MONARCH INSURANCE SERVICES, INC., AND INSURANCE ASSOCIATES, INC.'S **MOTION FOR SUMMARY** |

|  |  |
|---|---|
| vs.<br><br>HAWAII NUT & BOLT, INC. and SAFEWAY INC.,<br><br>        Defendants.<br><br>―――――――――――――<br><br>SAFEWAY INC.; HAWAII NUT & BOLT, INC.,<br><br>        Counterclaim Plaintiffs,<br><br>vs.<br><br>AMERICAN AUTOMOBILE INSURANCE COMPANY, a Missouri corporation; NATIONAL SURETY CORPORATION, a Illinois corporation,<br><br>        Counterclaim Defendants,<br><br>and<br><br>DOUGLAS MOORE, MONARCH INSURANCE SERVICES, INC., a Hawaii corporation, and INSURANCE ASSOCIATES, INC., a Hawaii corporation,<br><br>        Additional Counterclaim Defendants. | **JUDGMENT ON STANDARD OF CARE AND PARTIAL SUMMARY JUDGMENT ON DAMAGES;** MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE<br><br><br><br>Trial Date:  November 29, 2017<br>Trial Judge: The Honorable Alan C. Kay |

**COUNTERCLAIM DEFENDANTS DOUGLAS MOORE, MONARCH INSURANCE SERVICES, INC., AND INSURANCE ASSOCIATES, INC.'S MOTION FOR SUMMARY JUDGMENT ON THE STANDARD OF CARE AND PARTIAL SUMMARY JUDGMENT ON DAMAGES**

Counterclaim Defendants DOUGLAS MOORE ("Moore"), MONARCH

INSURANCE SERVICES, INC. ("Monarch") and INSURANCE ASSOCIATES,

INC. ("IAI") (collectively "Broker Defendants") move the Court for entry of

2

summary judgment in their favor and against Counterclaim Plaintiffs SAFEWAY, INC. ("Safeway") and HAWAII NUT & BOLT, INC. ("HNB") (collectively "Counterclaim Plaintiffs") as to their counterclaims in their Third Amended Counterclaim, filed January 13, 2017 [Dkt. 204] ("TAC").  Broker Defendants also move for partial summary judgment on Counterclaim Plaintiffs' claim for attorneys' fees.

Each of Counterclaim Plaintiffs' claims against Broker Defendants rests on a premise that Moore owed an affirmative duty in procuring insurance for HNB to anticipate a change in the law.  The appellate decision that Moore allegedly should have anticipated post-dates the expiration of the final policy that Counterclaim Plaintiffs assert applies to Safeway's loss.  Thus, Moore could not have taken action to cure any alleged gap in coverage.  This defeats Counterclaim Plaintiffs' claims against Broker Defendants as a matter of law.  There are no genuine disputed issues of material fact.

Moreover, the attorneys' fees requested as damages on Counterclaim Plaintiffs' breach of contract claim against Broker Defendants are not recoverable. The fees are neither incidental to a contract between Broker Defendants and HNB nor caused by any contractual breach.  Safeway is not in privity with a party to the contract or a third-party beneficiary of the contract.  On the undisputed facts,

Counterclaim Plaintiffs' claim for attorney's fees against Broker Defendants fails as a matter of law.

This motion is brought pursuant to Rules 7(b) and 56 of the Federal Rules of Civil Procedure and Rules 56.1(h) of the Local Rules of Practice for the United States District Court for the District of Hawaiʻi, the Memorandum in Support of Motion, Declaration of Counsel and Exhibits, any arguments and evidence presented at hearing and the record and files herein.

DATED:  Honolulu, Hawaiʻi, May 12, 2017.

/s/ *Kenneth S. Robbins*
KENNETH S. ROBBINS
DONNA C. MARRON
SASHA A. HAMADA
Attorneys for Counterclaim Defendants
DOUGLAS MOORE and MONARCH
INSURANCE SERVICES, INC.