IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| AMERICAN AUTOMOBILE INSURANCE COMPANY, a Missouri corporation; NATIONAL SURETY CORPORATION, a Illinois corporation,<br><br>     Plaintiffs,<br><br> vs.<br><br>HAWAII NUT & BOLT, INC. and SAFEWAY, INC.,<br><br>     Defendants. | CIVIL NO. CV 15-00245-ACK/KSC (Declaratory Judgment)<br><br>DECLARATION OF MAILE S. MILLER; EXHIBITS A-K |
| SAFEWAY INC.; HAWAII NUT & BOLT, INC.,<br><br>     Counterclaim Plaintiffs,<br><br> vs.<br><br>AMERICAN AUTOMOBILE INSURANCE COMPANY, a Missouri corporation; NATIONAL SURETY CORPORATION, a Illinois corporation,<br><br>     Counterclaim Defendants,<br><br> and | |

| | |
|---|---|
| DOUGLAS MOORE, MONARCH INSURANCE SERVICES, INC., a Hawaii corporation, and INSURANCE ASSOCIATES, INC., a Hawaii corporation,<br><br>    Additional Counterclaim Defendants. | TRIAL DATE:  August 1, 2017<br>TRIAL JUDGE: Hon. Alan C. Kay |

## DECLARATION OF MAILE S. MILLER

I, MAILE MILLER, declare under penalty of law that the following is true and correct:

1. I am an associate at Starn O'Toole Marcus & Fisher ("**SOM&F**"), counsel for Defendant/Counterclaim Plaintiff SAFEWAY INC ("*Safeway*") and HAWAII NUT & BOLT, INC. ("***HNB***") in the above-entitled matter.

2. I am competent to make this declaration, and do so based upon personal knowledge, except as otherwise stated.

3. Attached hereto as Exhibit A is a true and correct copy of the underlying complaint Safeway filed in Civil No. 09-1-1414-06, In the Circuit Court of the First Circuit State of Hawaii on June 22, 2009 which has been maintained in the files of SOM&F in the ordinary course of business.

4. Attached hereto as Exhibit B is a true and correct copy of the February 13, 2017 expert report of Michael E. Claus submitted in this action, which has been maintained in the files of SOM&F in the ordinary course of business.

1

5. Attached hereto as <u>Exhibit C</u> is a true and correct copy of the February 13, 2017 expert report of Edward S. Larkin and Mehrooz Zamanzadeh submitted in this action, which has been maintained in the files of SOM&F in the ordinary course of business.

6. Attached hereto as <u>Exhibit D</u> is a true and correct copy of a VersaFlex email from Dudley Primeaux to Joe Haydu dated May 7, 2008. This email was produced by VersaFlex in the Underlying Action and bates labeled V 02184 - 02186. It has been maintained in the files of SOM&F in the ordinary course of business and was also marked as a deposition exhibit in this action.

7. Attached hereto as <u>Exhibit E</u> is a true and correct copy of the test results from an April 2, 2009 product testing completed by VersaFlex in the Underlying Action, produced by VersaFlex. It has been maintained in the files of SOM&F in the ordinary course of business and was also marked as a deposition exhibit in this action.

8. Attached hereto as <u>Exhibit F</u> is a true and correct copy of the Stipulated Judgment and Order executed in the Underlying Action and filed on February 22, 2016, which has been maintained in the files of SOM&F in the ordinary course of business.

9. Attached hereto as <u>Exhibit G</u> is a true and correct copy of the deposition excerpts of the Videotaped Deposition of William Hayes as 30(b)(6)

Representative of Hawaii Nut & Bolt, Inc. and in his Personal Capacity taken on December 13, 2016 in this action.

10. Attached hereto as <u>Exhibit H</u> is a true and correct copy of the deposition excerpts of the Videotaped Deposition of John Foster 30(b)(6) Representative of Monarch Insurance Services taken on December 16, 2016 in this action.

11. Attached hereto as <u>Exhibit I</u> is a true and correct copy of the deposition excerpts of the Videotaped Deposition of Douglas Moore taken on December 14, 2016 in this action.

12. Attached hereto as <u>Exhibit J</u> is a true and correct copy of the deposition excerpts of the Videotaped Deposition of Sue Savio 30(b)(6) Representative of Insurance Associates, Inc. taken on December 15, 2016 in this action.

13. Attached hereto as <u>Exhibit K</u> is a true and correct copy of excerpts of Defendant/Counterclaim Plaintiff Hawaii Nut & Bolt, Inc.'s Answers to Plaintiffs and Counterclaim Defendants American Automobile Insurance Company's and National Surety Corporation's First Request for Answers to Interrogatories dated November 29, 2016 in response to Interrogatory No. 5, which has been maintained in the files of SOM&F in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: Honolulu, Hawaii, May 26, 2017.

/s/ Maile S. Miller
MAILE S. MILLER