STARN • O'TOOLE • MARCUS & FISHER
A Law Corporation

| | |
|---|---|
| TERENCE J. O'TOOLE | 1209-0 |
| JUDITH A. PAVEY | 2173-0 |
| MAILE S. MILLER | 10179-0 |

733 Bishop Street, Suite 1900
Pacific Guardian Center, Makai Tower
Honolulu, Hawai'i 96813
Telephone: (808) 537-6100
totoole@starnlaw.com
jpavey@starnlaw.com
mmiller@starnlaw.com
**Attorneys for Defendants/Counterclaim Plaintiffs SAFEWAY INC and HAWAII NUT & BOLT, INC.**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| AMERICAN AUTOMOBILE INSURANCE COMPANY, a Missouri corporation; NATIONAL SURETY CORPORATION, a Illinois corporation,<br><br>        Plaintiffs,<br><br>vs.<br><br>HAWAII NUT & BOLT, INC. and SAFEWAY INC.,<br><br>        Defendants. | CIVIL NO. CV 15-00245-ACK/KSC (Declaratory Judgment)<br><br>SAFEWAY INC. AND HAWAII NUT & BOLT, INC.'S EXPERT WITNESS DISCLOSURE OF MICHAEL E. CLAUS; ATTACHMENT "A"; CERTIFICATE OF SERVICE |
| SAFEWAY INC.; HAWAII NUT & BOLT, INC.<br><br>        Counterclaim Plaintiffs<br><br>vs.<br><br>AMERICAN AUTOMOBILE INSURANCE COMPANY, a Missouri corporation; NATIONAL SURETY CORPORATION, a Illinois corporation, | (caption continued on next page) |

1680647

**EXHIBIT B**

|  |  |
|---|---|
| Counterclaim Defendants,<br><br>and<br><br>DOUGLAS MOORE, MONARCH INSURANCE SERVICES, INC., a Hawaii corporation, and INSURANCE ASSOCIATES, INC., a Hawaii corporation<br>Additional Counterclaim Defendants. | Trial Week: August 1, 2017 |

## SAFEWAY INC. AND HAWAII NUT & BOLT, INC.'S EXPERT WITNESS DISCLOSURE OF MICHAEL E. CLAUS

Safeway Inc. and Hawaii Nut & Bolt, Inc. ("Safeway" and "HNB"), by and through its undersigned counsel, and pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure, the Amended Rule 16 Scheduling Order, filed July 29, 2016, as amended by First Stipulation and Order To Amend The Amended Rule 16 Scheduling Order filed January 17, 2017 ("First Stipulation and Order"), and by agreement of the parties to further extend the deadline for expert witness disclosures pursuant to paragraph 11(b) of the Scheduling Order until

2

1680647

February 13, 2017, hereby submit the expert report of Michael E. Claus, on behalf of Safeway and HNB, as attached hereto.

DATED: Honolulu, Hawaii, February 13, 2017.

>/s/ Maile S. Miller
>TERENCE J. O'TOOLE
>JUDITH A. PAVEY
>MAILE S. MILLER
>Attorneys for Defendant/ Counterclaim Plaintiff SAFEWAY, INC. and HAWAII NUT & BOLT, INC.

# ATTACHMENT A



# ITW Polymers Sealants — North America

February 13, 2017

Maile Miller
Starn O'Toole Marcus & Fisher
A Law Corporation
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 1900
Honolulu, HI 96813

RE: Safeway Parking Deck

Dear Maile,

I was retained as an expert by Safeway in the matter of *Safeway, Inc., v. Nordic PCL Construction* (No. 09-1-1414-06). Attached is a copy of my August 5, 2015 report in the *Safeway* matter, which contains my opinions with two noted changes. Please note that under section II (Overview of Project) I corrected my discussion of the parking deck system, from "top to bottom" to "bottom to top". Additionally, in section VI(b) (Conclusion), I inserted the word "not" so to correctly read that Quickmender was *not* intended to be applied to a thickness of 30-40 mils.

My opinions are based upon my review of the Safeway parking deck drawings, Versaflex product specifications for SL/45, DC45 and Quickmender and also my observations of the parking deck on visits in 2011 and 2012.

The only time I have been retained as an expert was in the above referenced Safeway case. That is also the only case in which I have given a deposition as an expert.

I am not charging an hourly rate in this matter and will only seek reimbursement for any expenses incurred.

If you need any additional information, please let me know.

Very Truly Yours,

Michael Claus

     Acryl-R®  Permathane®  

ITW Polymers Sealants North America
111 S. Nursery Road, Irving, TX
Tel 1-800-878-7876   International 972-438-9111   Fax 972-554-3939
www.itwpsna.com

**ITW Polymers Sealants     North America**

August 5th, 2015

I. General Introduction

    I have been retained by Starn O'Toole Marcu & Fisher ("SOMF") on behalf of its client, Safeway, Inc. ("Safeway"), to assess the deck coating products that were applied to the Safeway roof top parking deck and ramp, located at Safeway store #2747, 888 Kapahulu Avenue, Honolulu, Hawaii, 96816.

    This report summarizes my review, analyses, and conclusions based on the original construction drawing and specifications, the original Versaflex product specifications, and the reported findings of Safeway's other experts and consultants.

II. Overview of Project     *"Bottom to Top" MC*

    According to the project specifications, the assembly of the Safeway Kapahulu roof top parking deck consists of steel frame construction with cast in place concrete poured in a steel deck. From top to bottom, the system consists of (1) a composite steel and reinforced concrete structural deck, (2) topped by a 3 inch thick layer of Expanded Polystyrene (EPS) foam insulation, (3) topped 15 mil thick sheet vapor barrier, (4) topped by 3 inch thick reinforced concrete (wearing / topping slab). The VersaFlex deck coating system was to applied on top of the wearing slab for the purpose of waterproofing the building, and to provide a slip resistant finish on the deck, as well as the driving ramp.

    Prior to installing the VersaFlex deck coating, the SL/45 sealant was used to address surface cracks exceeding 1/16" width (6 mils). In an attempt to smooth the finish of the concrete, shot blasting and grinding was performed, which left an irregular finish to the slab. It was determined by VersaFlex that this issue would be addressed by applying Quickmender to the entire surface area of the wearing slab, including directly over the SL/45 sealant. Even though the Quickmender is specified to be applied to a thickness of 5-8 mils, approximately 30-40 mils of Quickmender was actually applied to the deck. Contrary to VersFlex's own written product instruction procedures for the proper installation of Quickmender, the Quickmender was applied

     Acryl-R*  Permathane*  

ITW Polymers Sealants North America
111 S. Nursery Road, Irving, TX
Tel 1-800-878-7876    International 972-438-9111    Fax 972-554-3939
www.itwpsna.com

## *IT* Polymers Sealants — North America

on top of the SL/45, thus it completely adhered to the SL/45 sealant, rather than underneath it. The Quickmender was reportedly fully bonded the SL/45.

The VersaFlex polyurea deck coating was then spray applied to the concrete deck, including directly over the Quickmender. The deck coating was reported applied in quadrants, in areas of unknown size. The VersaFlex is a pure polyurea (versus a polyurea hybrid), which requires special spray equipment to apply and dries within seconds of being applied. The equipment includes heated lines and reservoirs for each component. The temperature and pressure of the equipment must be closely monitored at all times, to ensure proper mixing of the material. A polyurea hybrid may be manually mixed and manually applied to the deck, in small batches.

The VersaFlex deck coating system was originally designed to consist of the 45DC aromatic polyurea, then top coated using a manually mixed and applied aliphatic polyurea. However, the actual polyurea that was applied was only an aromatic coat. The aliphatic top coat was omitted and never applied, as a result of value engineering, which Pacific polymers understands was done with the approval of VersaFlex.

III. Pacific Polymers (*ITW* Polymers Sealants North America)

    A. Company Overview

    Pacific Polymers ("Pac Poly") is a brand of deck coating systems and waterproofing products, as manufactured by *ITW* Polymers Sealants North America, which have been used globally for over 40 years, in various climates.

    Pacific Polymers products, including deck coatings, waterproofing membranes and sealants, have been used in Hawaii for over 40 years. As such, we have had extensive experience and we are familiar with the tropical climate in Hawaii and the harsh effects of UV exposure to our types of products. Pacific Polymers products have been used on parking decks, roof decks, lanais, and sports stadiums, including Aloha Stadium. We are aware of the importance of waterproofing critical areas on commercial and residential building, compared with less critical industrial applications. Flashing details, substrate, crack treatment, sloping, surface preparation, UV exposure, physical properties and product formulation are all important considerations when designing a waterproof deck coating system, especially over occupied space.

     Acryl-R®  Permathane®  

## Polymers Sealants — North America

### B. Company Products

PacPoly offers both polyurethane based and polyurea based deck coatings. The polyurethanes are single component, solvent based, moisture cured products which do not require mixing in order to react. Whereas the polyurea hybrid is a low odor, two component product that is mixed at the job site, with a limited work life (25 minutes), and it may be walked on within 6 hours of application. These systems are both manually applied, thus eliminating the need for expensive and complicated spray equipment. The PacPoly polyurea is a hybrid system, so it is mixed using a low speed drill and a cage type of mixing paddle, then manually applied using notched rubber squeegees and paint rollers on extension poles.

As discussed below, we would not suggest using a pure polyurea product, like VersaFlex, for an application such as the Safeway roof top parking deck.

### IV. Safeway Project

#### a. A Pure Polyurea Product Was Not Suitable

PacPoly would not have suggested using solely a pure polyurea product for a roof top parking deck and ramp, like the Safeway structure, due to the difficulty in achieving a slip resistant finish, the temperamental nature of the system and the need for specialized spray equipment. The primary benefits of a pure polyurea are abrasion resistance, corrosion protection, fast turnaround time and low odor. The typical applications for a pure polyurea include secondary containment, planter box waterproofing, between slab and bridge deck waterproofing and roofs. In my opinion, a pure polyurea product is not suitable for a roof top parking deck, such as the one over the Safeway store, because membrane failure – like what occurred here - is possible. Specifically, a pure polyurea, like the VersaFlex product, can shrink and split after application. In particular, it can present a higher risk than using a polyurethane – or a hybrid system, like the PacPoly polyurea. Also, Hawaii's high

     Acryl-R®  Permathane® 

ITW Polymers Sealants North America
111 S. Nursery Road, Irving, TX
Tel 1-800-878-7876    International 972-438-9111    Fax 972-554-3939
www.itwpsna.com

# Polymers Sealants — North America

UV Index has a harsh effect on an aromatic polyurea and the decision to omit the Aliphatic top coat, in all likelihood, had a negative impact on the VersaFlex product and was detrimental to the overall performance of the system.

There have been questions raised concerning the wearing / topping slab and whether it was properly constructed and if it had cracked more than should be expected. Concrete decks, including wearing slabs, will tend to crack with normal shrinkage and thermal expansion and contraction. So this type of condition is one that a properly designed and installed waterproofing membrane system should be able to accommodate.

Given these types of conditions, it would have been critical for the contractor to rout out (V-groove) and seal the cracks (1/16" or greater) with a flexible and chemically compatible sealant, capable of withstanding the anticipated movement.

b.  The Quickmender Was Improperly Applied

We understand that VersaFlex suggested using their Quickmender product to level out the irregularities in the wearing slab. After reviewing the physical properties of the Quickmender, it seems that this product is relatively rigid, with minimal elongation, or crack bridging ability; and that, by using it at such as excessive thickness, whatever elongation properties that may have existed in the VersaFlex 45DF were compromised.

There is significant difference between the ability of a deck coating to bridge an existing crack versus a newly formed crack in a concrete substrate which develops after the deck coating system is installed. Most flexible deck coatings, whether they be polyurethane, pure polyurea or polyurea hybrid will tolerate moderate movement of an existing crack. However, by sealing the entire deck with a rigid product, such as QuickMender, as well as exceeding the suggested thickness, effectively eliminates the existing cracks, including moving cracks, in the substrate and provides a smooth finish for the VersaFlex coating. The result was a totally new surface comprised of thick, hardened Quickmender. The Quickmender had no elongation capabilities and, as a result, cracked wherever there was movement in the underlying cracks and joints in the deck. This appears to have been confirmed by VersaFlex's own testing.

     Acryl-R®  Permathane®  

ITW Polymers Sealants North America
111 S. Nursery Road, Irving, TX
Tel 1-800-878-7876   International 972-438-9111   Fax 972-554-3939
www.itwpsna.com

**ITW Polymers Sealants — North America**

### c. The Aliphatic Top Coat Should Not Have Been Removed

While I have not been asked to study this detail extensively, pure polyurea coatings will experience an exothermic reaction (releases heat) and they are applied at high temperatures (170° F). During the cooling cycle, the material will continue to slowly shrink. The amount of actual shrinkage can vary, depending on the temperature, thickness and formulation (use of plasticizers).

The elimination of the aliphatic top coat at the Safeway project, and substitution with an aromatic top coat, was inappropriate. The original system, as specified by VersaFlex, consisted of an aromatic polyurea, 45DC, followed by an aliphatic polyurea. Aliphatic coatings are generally formulated to have superior UV resistance, compared with aromatic type of coatings.

By eliminating the aliphatic top coat, and replacing it with an aromatic, this left the system vulnerable to the harsh UV exposure of Hawaii, which will accelerate the oxidation and degradation of the system.

### V. Pacific Polymers Project Involvement

On or around, May 2010, Pacific Polymers supplied a polyurea hybrid for the purpose of making, what was intended to be, temporary repairs over the failed VersaFlex system in order to mitigate leaking of the roof top parking deck at Safeway. This system was designed to provide a temporary one year fix, until a permanent solution could be decided upon by Safeway and their experts. According to reports and observations by our independent sales rep, John Walsh, and Grant Henry, the performance of the Pacific Polymers deck coating system has exceeded expectations. The cracks that later appeared in the temporary PacPoly system were the result of cracks in the underlying VersaFlex "substrate". The VersaFlex system continued to crack after the application of the temporary PacPoly system, thus causing our materials to split / crack. Finally, due the success of the Pacific Polymers system, it is my understanding that Safeway has decided to use this type of polyurea hybrid deck coating as its solution to the roof top parking deck.

 Acryl-R   Permathane 

ITW Polymers Sealants North America
111 S. Nursery Road, Irving, TX
Tel 1-800-878-7876   International 972-438-9111   Fax 972-554-3939
www.itwpsna.com

VI. Conclusion

To summarize my review of the project specs, drawing, reports and other relevant details, the problems associated with the VersaFlex material, that was applied to the roof top parking deck at Safeway, were primarily due to three major issues (1) the use of a pure polyurea deck coating in a tropical environment, for the intended application; (2) the use of a rigid layer of Quickmender over the entire concrete roof top parking deck; and (3) the elimination roof the aliphatic top coat, in favor of an aromatic top coat.

a. Use of a hybrid polyurea deck coating would have been more appropriate than the pure polyurea product that was actually used on this project. As mentioned previously, a manually applied, hybrid polyurea system is easier to apply and it does not require the use of complicated spray equipment and provides a more stable waterproofing system – particularly where the waterproofing is used on a parking deck over an occupied retail space.
b. Quickmender is a low viscosity, repair polymer that is intended to be thinly applied (5-8 mils) in order to penetrate the concrete substrate, and it was intended to be applied to a thickness of 30-40 mils, as was the case on this project. The result was a rigid film that was applied over moving cracks. *"NOT" MC*
c. According to sources familiar with the original installation of the VersaFlex, my understanding is that the decision was made by VersaFlex to eliminate the use of an aliphatic top coat. An aliphatic coating would have at least provided much needed UV protection for their 45DC base coat, especially with the extreme UV Index that is common to Hawaii.

_Michael Claus_   8/5/15

Michael Claus – International Sales Manager

     Acryl-R®  Permathane®  

**ITW Polymers Sealants North America**
111 S. Nursery Road, Irving, TX
Tel 1-800-878-7876   International 972-438-9111   Fax 972-554-3939
www.itwpsna.com

# Curriculum Vitae

Name:            Michael Edgar Claus

Address:         12271 Monarch Street
                 Garden Grove, CA 92841 USA

E-mail:          michaelc@itwsealants.com
Telephone:       (714) 793-1988
Mobile:          (714) 493-4038

Education:

1983             B.S. Business; University of Southern California

Language:        English  Excellent        (speak, read, write)

Present:         International Sales Manager at ITW Polymers Sealants North America

Professional Experience:

| | |
|---|---|
| 2008 to present | International Sales Manager |
|  | ITW Polymers Sealants North America |
| 1995 to 2008 | Pacific Polymers - International Sales Manager |
| 1983 – 1994 | Pacific Polymers - Architectural Rep and Domestic Sales Rep |


Noteworthy Projects

Kaiser Permanente Oakland Medical Center – Oakland, CA
110,000 square feet Parking Deck
Elasto-Deck 6500 System

Costco Retail – Vancouver, BC, Canada
80,000 square feet Parking Deck
Elasto-Deck 6500 System

Insignia Project – Seattle, WA
200,000 square feet Parking Deck
Bosa Development
Elasto-Deck 6500 System

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| AMERICAN AUTOMOBILE INSURANCE COMPANY, a Missouri corporation; NATIONAL SURETY CORPORATION, a Illinois corporation,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>HAWAII NUT & BOLT, INC. and SAFEWAY INC.,<br><br>　　　　　Defendants. | CIVIL NO. CV 15-00245-ACK/KSC (Declaratory Judgment)<br><br>CERTIFICATE OF SERVICE |
| SAFEWAY INC.; HAWAII NUT & BOLT, INC.<br><br>　　　　　Counterclaim Plaintiffs<br><br>　vs.<br><br>AMERICAN AUTOMOBILE INSURANCE COMPANY, a Missouri corporation; NATIONAL SURETY CORPORATION, a Illinois corporation,<br><br>　　　　　Counterclaim Defendants,<br><br>　and<br><br>DOUGLAS MOORE, MONARCH INSURANCE SERVICES, INC., a Hawaii corporation, and INSURANCE ASSOCIATES, INC., a Hawaii corporation<br><br>　　　　　Additional Counterclaim Defendants. | |

1680647

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 13, 2017, a true and correct copy of the foregoing was served to the following persons via email:

| | |
|---|---|
| STEVEN D. ALLISON, ESQ. | sallison@crowell.com |
| SAMRAH MAHMOUD, ESQ. | smahmoud@crowell.com |
| CHRISTINE E. CWIERTNY, ESQ. | ccwiertney@crowell.com |
| Crowell & Moring LLP | |
| 3 Park Plaza, 20th Floor | |
| Irvine, California 92614 | |
| | |
| BRENDAN V. MULLAN, ESQ. | bmullan@crowell.com |
| Crowell & Moring LLP | |
| 3 Embarcadero Center | |
| 26th Floor | |
| San Francisco, California 94111 | |
| | |
| STUART N. FUJIOKA, ESQ. | stuart@snfaal.com |
| 1188 Bishop Street | |
| Suite 1006 | |
| Honolulu, Hawaii 96813 | |

Attorneys for
Plaintiffs/Counterclaim Defendants
AMERICAN AUTOMOBILE
INSURANCE COMPANY and
NATIONAL SURETY
CORPORATION

1680647

CORLIS J. CHANG, ESQ.  cchang@goodsill.com
Goodsill Anderson Quinn & Stifel
First Hawaiian Center, Suite 1600
999 Bishop Street
Honolulu, Hawaii 96813

Attorneys for Counterclaim
Defendants INSURANCE
ASSOCIATES, INC.

KENNETH S. ROBBINS, ESQ.  krobbins@bfrhawaii.com
DONNA C. MARRON, ESQ.  dmarron@bfrhawaii.com
SASHA A. HAMADA, ESQ.  shamada@bfrhawaii.com
Bronster Fujichaku Robbins
2300 Pauahi Tower
1003 Bishop Street
Honolulu, Hawaii 96813

Attorneys for Counterclaim
Defendants MONARCH
INSURANCE SERVICES and
DOUGLAS MOORE

DATED:  Honolulu, Hawaii, February 13, 2017.

/s/ Maile S. Miller
TERENCE J. O'TOOLE
JUDITH A. PAVEY
MAILE S. MILLER
Attorneys for Defendant/ Counterclaim
Plaintiff SAFEWAY, INC. and HAWAII
NUT & BOLT, INC.

3

1680647