STARN ● O'TOOLE ● MARCUS & FISHER
A Law Corporation

TERENCE J. O'TOOLE       1209-0
JUDITH A. PAVEY          2173-0
MAILE S. MILLER         10179-0
733 Bishop Street, Suite 1900
Pacific Guardian Center, Makai Tower
Honolulu, Hawai'i 96813
Telephone: (808) 537-6100
totoole@starnlaw.com
jpavey@starnlaw.com
mmiller@starnlaw.com
**Attorneys for Defendants/Counterclaim
Plaintiffs SAFEWAY INC and
HAWAII NUT & BOLT, INC.**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| AMERICAN AUTOMOBILE INSURANCE COMPANY, a Missouri corporation; NATIONAL SURETY CORPORATION, a Illinois corporation, <br><br>             Plaintiffs, <br><br>   vs. <br><br> HAWAII NUT & BOLT, INC. and SAFEWAY INC., <br><br>            Defendants. | CIVIL NO. CV 15-00245-ACK/KSC (Declaratory Judgment) <br><br> SAFEWAY INC. AND HAWAII NUT & BOLT, INC.'S EXPERT WITNESS DISCLOSURE OF EDWARD S. LARKIN AND MEHROOZ ZAMANZADEH, Ph.D., FASM/FNACE; ATTACHMENT "A"; CERTIFICATE OF SERVICE |
| SAFEWAY INC.; HAWAII NUT & BOLT, INC. <br><br>          Counterclaim Plaintiffs <br><br>   vs. <br><br> AMERICAN AUTOMOBILE INSURANCE COMPANY, a Missouri corporation; NATIONAL SURETY | (caption continued on next page) |

1680659

**EXHIBIT C**

CORPORATION, a Illinois corporation,

    Counterclaim
    Defendants,

 and

DOUGLAS MOORE, MONARCH
INSURANCE SERVICES, INC., a Hawaii
corporation, and INSURANCE
ASSOCIATES, INC., a Hawaii corporation

    Additional
    Counterclaim
    Defendants.

Trial Week: August 1, 2017

## SAFEWAY INC. AND HAWAII NUT & BOLT, INC.'S
## EXPERT WITNESS DISCLOSURE OF ED LARKIN

Safeway Inc. and Hawaii Nut & Bolt, Inc. ("Safeway" and "HNB"), by and through its undersigned counsel, and pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure, the Amended Rule 16 Scheduling Order, filed July 29, 2016, as amended by First Stipulation and Order To Amend The Amended Rule 16 Scheduling Order filed January 17, 2017 ("First Stipulation and Order"), and by agreement of the parties to further extend the deadline for expert witness disclosures pursuant to paragraph 11(b) of the Scheduling Order until February 13, 2017, hereby submit the expert report of Edward S. Larkin and

2

Mehrooz Zamanzadeh, Ph.D., FASM/FNACE of Exova (formerly Matco Services), on behalf of Safeway and HNB, as attached hereto.

DATED:  Honolulu, Hawaii, February 13, 2017.

/s/ Maile S. Miller
TERENCE J. O'TOOLE
JUDITH A. PAVEY
MAILE S. MILLER
Attorneys for Defendant/ Counterclaim
Plaintiff SAFEWAY, INC. and HAWAII
NUT & BOLT, INC.

1680659

# ATTACHMENT A

Exova
100 Business Center Drive
Pittsburgh, PA 15205
USA

T: +1 (412) 788-1263
F: +1 (412) 788-1283
E: sales@exova.com
W: www.exova.com



**Testing, Calibrating, Advising**

Starn O'Toole Marcus & Fisher                        February 10, 2017
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 1900
Honolulu, Hawaii 96813

Attn: Mr. Terence O'Toole

Dear Mr. O'Toole,

     In response to your request we are acknowledging that Dr. Mehrooz Zamanzadeh and
Mr. Edward Larkin of Exova, formerly Matco Services, will be your expert witnesses in the
Safeway litigation, Civil Case No. 09-1-1414-06 (JHC), Safeway vs. Fireman's Fund
Insurance (American Automobile Insurance and National Surety Corporation). We
acknowledge that we were on-site to conduct an examination of the upper parking deck at
the Safeway Kapahula store in Honolulu, Hawaii in 2009 and are the authors of the Matco
Services report dated September 1, 2010, Matco Services project no. 909-90451. Our
opinions are set forth in this report and have not changed. We also acknowledge that the
trial is set to commence on Tuesday August 1, 2017. Our hourly rates for engineering time,
court testimony or deposition are $285.00 per hour for Dr. Mehrooz Zamanzadeh and
$235.00 per hour for Mr. Edward Larkin.

For the last four years, 2013-2016 inclusive, Dr. Zamanzadeh has given deposition
testimony only on behalf of Starn O'Toole Marcus & Fisher for Safeway in this continuing
matter.

For the last four years, 2013-2016 inclusive, Edward Larkin has given deposition testimony
in two cases. In September 2015 on behalf of Starn O'Toole Marcus & Fisher for Safeway
in this continuing matter; and for the United States Department of Labor for the Mine
Safety and Health Administration (MSHA) with regard to a metallurgical failure analysis.

Our Ciriculum Vitae's are attached.

This document is PRIVATE & CONFIDENTIAL and shall not be reproduced without prior
approval from Exova.  Distribution of this document shall be limited to relevant parties as
determined by Exova.

**Exova** | Pittsburgh Laboratory

Page 2 of 2

Edward S. Larkin
Group Manager

M. Zamanzadeh, Ph.D., FASM/FNACE
NACE Certified Corrosion/Coatings/
Materials Selection Specialist

This document is PRIVATE & CONFIDENTIAL and shall not be reproduced without prior approval from Exova.  Distribution of this document shall be limited to relevant parties as determined by Exova.

Edward S. Larkin
Group Manager, Exova Pittsburgh

Edward S. Larkin has over 30 years of experience performing failure analyses. He has examined a wide variety of product failures and has extensive experience with metallography and scanning electron microscopy of materials. His projects have included metallurgical investigations of jet engines and landing gears, boiler tube failures, oxygen lances for steel making operations, coatings, PVC pipes, medical implants, electrical transmission towers, lighting poles, as well as many, many others.

In addition to performing metallurgical failure analyses of materials and applications, Mr. Larkin performs petrographic examinations of hardened concrete.

Upon graduation from the Pennsylvania State University in 1979 with a B.S. in Metallurgy, Mr. Larkin accepted a position at Pittsburgh Testing Laboratory which later became a division of Professional Service Industries. He functioned as a Materials Engineer and failure analyst at PSI for 19 years. In 1998 Mr. Larkin accepted a position at Matco Services as the manager of the Metallurgical Division. In 2015 the Matco Services was sold to Exova. Inc. an international testing and consulting company.

Mr. Larkin is a past Chairman and Trustee of the Pittsburgh Section of NACE.

Professional Society Memberships

- American Society for Metals (ASM)
- American Welding Society (AWS)
- National Association of Corrosion Engineers (NACE)
- American Concrete Institute (ACI)
- Association for Iron and Steel Technology (AIST)
- Society for Protective Coatings/Steel Structures Painting Council (SPE/SSPC)
- American Ceramic Society (ACerS)

Publications

- Some Failure Analysis case Histories in galvanized Steel
  E. Larkin and M. Zamanzadeh
  Symposium on Metallography: 75 Years Later
  ASTM May 8-10, 1991 Atlantic City, New Jersey

- Case Histories of Failures in Water Mains
  M. Zamanzadeh, E. Larkin, W. Gretz and B. Bavarian
  Published in NACE/90 National Conference Proceedings
  Paper #389, Las Vegas, Nevada, April 23-27, 1990

- Fatigue failure Analysis Case Studies
  M. Zamanzadeh, E. Larkin, R. Mirshams
  Journal of Failure Analysis and Prevention, December 2015, pp. 803-809

**Exova** ||||| Pittsburgh Laboratory

### Mehrooz Zamanzadeh, PhD., FNACE, FASM
### NACE Certified Corrosion, Coatings, Materials Selection,
### Cathodic Protection Design Specialist



Dr. Zamanzadeh is a materials and corrosion engineer with over 30 years of practical experience in materials testing, failure analysis, and corrosion engineering. He is one of the very few individuals that have been awarded the Fellow Award by both the National Association of Corrosion Engineers (NACE) and The American Society of Testing Materials (ASTM), a truly rare occurrence.

Dr. Zee has worked with a wide variety of industries including the construction, electrical power, oil and gas utilities, telecommunication, shipping, manufacturing, transportation and commercial aircraft, to resolve even their most difficult or complex of failures. The assignment of liability for materials or property damage is often one of the reasons why he is called in on projects involving dispute or litigation.

Before becoming the Manager of the Materials Division of PSI in 1987, Dr. Zamanzadeh (Dr. Zee) functioned as the Senior Materials Specialist. Dr. Zamanzadeh's degrees include a B.S. and M.S. in Materials Science and Engineering as well as a Ph.D. in Materials Science from Pennsylvania State University. He joined NIOC as a research fellow upon completion of his doctoral work in 1980.   In 1985 he joined Carnegie Mellon University in the capacity of a Post Doctoral Research Associate under a grant from IBM.  He holds four certifications from the National Association of Corrosion Engineers (NACE) International that includes Protective Coating Specialist, Materials Selection and Design Specialist, Corrosion Specialist and Cathodic Protection Specialist.

Dr. Zamanzadeh is the recipient of the NACE Fellow Award (2008); ASM Fellow Award (2006); NACE Outstanding Service Award (1996), ASM Entrepreneur of the Year Award (2004), and the Colonel Cox Award for the Appalachian Underground Corrosion Short Course (2010).  He has also been awarded a number of other awards including the Entrepreneur of the Year Award (2004) from ASM and the Outstanding Service Award (1996) from NACE.

Dr. Zamanzadeh also functions as the primary consultant and principal investigator on all corrosion, coatings, and failure analysis related projects. Over the course of his career, Dr. Zamanzadeh has performed and reviewed literally thousands of failure analyses investigations involving corrosion and materials damage investigations including airport hangars, power plants, high rise apartment complexes, roofs, underground storage tanks, pipeline, transmission and distribution electric power utility structures at the above and below grade level, roofing, siding, aging aircraft components, accident and explosion cases involving materials failures, human implants, electronic circuitry devices, automobile and fire engine components, industrial, manufacturing, process and construction failures, and more.

Dr. Zamanzadeh is the Past Trustee of NACE Pittsburgh Chapter, and the Past Chairman for ASM International, Pittsburgh Chapter. Dr. Zamanzadeh has lectured and taught frequently on coatings, metallic and non-metallic materials including PVC pipes, failure analysis (fracture mechanics), coatings and materials selection for universities (University of Pittsburgh, Carnegie Mellon University and Penn State) technical societies (NACE, AFS, ASM and ASTM). He has organized and lectured many annual seminars on metallic and non-metallic coatings, failure analysis methodology, materials characterization, and paint and coatings.  In addition, Dr. Zamanzadeh has been an invited speaker for EPRI's (Electrical Power Research Industry) Corrosion and Degradation Conference, and has been an invited speaker at West Virginia University for the Appalachian Underground Short Course for the past several years

Over the past several years, Dr. Zamanzadeh has undertaken a number of long term research projects under different grants.  They are as follows: the development and evaluation of powder coatings for corrosion applications, new environmentally friendly coatings for construction and commercial applications, electrochemical corrosion evaluation of implants, applications of coatings to increase fatigue resistance and corrosion resistance in natural environments; brazing and welding of metallic materials; characterization of construction materials using surface techniques; hot dip coating processes; surface segregation due to gas absorption in binary materials using AES; rubber lined carbon steel piping; novel accelerated tests for reliability/corrosion studies in powdered coated materials; and the development of new protective coatings for non-ferrous alloys.

**Certifications:**   National Association of Corrosion Engineers (NACE)
- NACE Certified Materials Selection/Design Specialist
- NACE Certified Coating Specialist
- NACE Certified Cathodic Protection Specialist
- NACE Certified Corrosion Specialist

**Awards:**
- Colonel Cox Award (2010)
- Elected Fellow, NACE International, NACE  (2008)
- Elected Fellow, ASM International, American Society for Metals, (2006)
- Entrepreneur of the Year Award (2004), ASM
- Outstanding Service Award (1996), NACE

**Presentations**
Duquesne University School of Law:
- Fundamentals of Forensic Engineering & Root Cause Determination
Appalachian Underground Corrosion Short Course (AUCSC)
- Failure Analysis Methodology & Case Histories
- Materials Selection for Underground Facilities
- Soil Corrosivity Determination and Failure Analysis of Underground Facilities
- Coating Selection and Testing for Underground Pipelines
Mexico at the Institute of Engineering, Universidad Autonoma de Baja California University:
- "Corrosion control in thermoelectric plants"
- "Corrosion failure analysis of industrial equipment"
- "Materials & Corrosion Case Histories"

**Technical Group Presentations**
- NACE (National Association of Corrosion Engineers)
- ASNRT (American Society for Nondestructive Testing)
- ASM (American Society of Metals)
- University of Pittsburgh, Pittsburgh, PA
- NACE (National Conference)
- AWS (American Welding Society)
- ASTM
- IBM Corporation, Endicott, NY
- Water Conference

## Recent Publications

1. Cathodic Protection, Defective Coatings, Corrosion Pitting, Stress corrosion Cracking and Soil Corrosivity Mapping and Corrosion Assessment in Aging Pipelines, Zamanzadeh, M; Mirshams, R., presented at NACE Corrosion Risk Management Conference, Houston, TX. Paper No. RISK16-8727.
2. Fusion Bonded Epoxy (FBE) Coatings and Disbondment: Mehrooz Zamanzadeh, Huiping Xu; NACE International Corrosion Conference 2016, Paper C2016-7246
3. Galvanized Steel Pole and Lattice Tower Corrosion Assessment and Corrosion Mitigation, Authors: M. Zamanzadeh, C. Kempkes, D. Riley, A. Gilpin-Jackson, NACE International Corrosion Conference 2016, Paper C2016-7245
4. Corrosion Risk Assessment and Failure Analysis in Industrial Water Systems, Authors: Mehrooz Zamanzadeh, Huiping Xu; NACE International Corrosion Conference 2016, Paper C2016-7248
5. Corrosion Risk Strategies for Below-Grade Foundations of Transmission and Distribution Structures – Parts 1 and 2.  Authors: Zamanzadeh, M; Jackson, Journal Name: Materials Performance March and April, 2014.
6. Don't Bury Your Problems.  Authors: S. Fagot, M. Zamanzadeh, G. T. Bayer; T&D World, February, 2015
7. Using Electrochemical Impedance Spectroscopy to Evaluate Corrosion Behavior on Coated Galvanized Steel in Atmospheric and Soil Exposure, Authors: Bayer, G; Zamanzadeh, M, was presented at PACE 2006: The Coatings Expo, Tampa, Florida, January 29-February 1, 2006
8. Fatigue Failure Analysis Case Studies, Authors: Mehrooz Zamanzadeh, Edward Larkin, Reza Mirshams; Journal of Failure Analysis Prevention, 12/15/15, Issue 6, pp 803-809.
9. When Paint Fails on Football Stadium Seats, It's Back to the Lab for a Post-Game Analysis, Authors: Bayer, G; Zamanzadeh, M; Journal Name: Coatings Pro; Date: January 2005
10. Laboratory and Field Investigation of Galvanized Utility Poles, Authors: Zamanzadeh, M; Kempkes, C; Aichinger, D; Riley, D, was presented at the 2006 Electrical Transmission Conference Structural Reliability in a Changing World Birmingham, Alabama, October 15-19, 2006
11. Failure Analysis of Coatings, Authors: Bayer, G; Zamanzadeh, M; Hills, J. was presented at 2005 NACE Tri-Service Corrosion Conference, Orlando, Florida, November 14-18, 200
12. Failure Analysis of Paints and Coatings for Transmission and Distribution (T&D), Pipeline and Utility Structures Case Studies; Authors:  Mehrooz Zamanzadeh, George T. Bayer;  presented at SSPC Conference 2/5/15.

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| AMERICAN AUTOMOBILE INSURANCE COMPANY, a Missouri corporation; NATIONAL SURETY CORPORATION, a Illinois corporation, | CIVIL NO. CV 15-00245-ACK/KSC (Declaratory Judgment) |
| Plaintiffs, | CERTIFICATE OF SERVICE |
| vs. | |
| HAWAII NUT & BOLT, INC. and SAFEWAY INC., | |
| Defendants. | |
| SAFEWAY INC.; HAWAII NUT & BOLT, INC. | |
| Counterclaim Plaintiffs | |
| vs. | |
| AMERICAN AUTOMOBILE INSURANCE COMPANY, a Missouri corporation; NATIONAL SURETY CORPORATION, a Illinois corporation, | |
| Counterclaim Defendants, | |
| and | |
| DOUGLAS MOORE, MONARCH INSURANCE SERVICES, INC., a Hawaii corporation, and INSURANCE ASSOCIATES, INC., a Hawaii corporation | |
| Additional Counterclaim Defendants. | |

1680659

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 13, 2017, a true and correct copy of the foregoing was served upon the following persons via email:

STEVEN D. ALLISON, ESQ.                    sallison@crowell.com
SAMRAH MAHMOUD, ESQ.                    smahmoud@crowell.com
CHRISTINE E. CWIERTNY, ESQ.              ccwiertny@crowell.com
Crowell & Moring LLP
3 Park Plaza, 20th Floor
Irvine, California 92614


BRENDAN V. MULLAN, ESQ.                    bmullan@crowell.com
Crowell & Moring LLP
3 Embarcadero Center
26th Floor
San Francisco, California 94111


STUART N. FUJIOKA, ESQ.                      stuart@snfaal.com
1188 Bishop Street
Suite 1006
Honolulu, Hawaii 96813


Attorneys for
Plaintiffs/Counterclaim Defendants
AMERICAN AUTOMOBILE
INSURANCE COMPANY and
NATIONAL SURETY
CORPORATION

2

1680659

CORLIS J. CHANG, ESQ.                    cchang@goodsill.com
Goodsill Anderson Quinn & Stifel
First Hawaiian Center, Suite 1600
999 Bishop Street
Honolulu, Hawaii 96813

Attorneys for Counterclaim
Defendants INSURANCE
ASSOCIATES, INC.

KENNETH S. ROBBINS, ESQ.             krobbins@bfrhawaii.com
DONNA C. MARRON, ESQ.                dmarron@bfrhawaii.com
SASHA A. HAMADA, ESQ.                shamada@bfrhawaii.com
Bronster Fujichaku Robbins
2300 Pauahi Tower
1003 Bishop Street
Honolulu, Hawaii 96813

Attorneys for Counterclaim
Defendants MONARCH
INSURANCE SERVICES, INC.
and DOUGLAS MOORE

        DATED:  Honolulu, Hawaii, February 13, 2017.

                        /s/ Maile S. Miller
                        TERENCE J. O'TOOLE
                        JUDITH A. PAVEY
                        MAILE S. MILLER
                        Attorneys for Defendant/Counterclaim
                        Plaintiff SAFEWAY, INC. and HAWAII
                        NUT & BOLT, INC.

1680659