Page 1 of 3

REDACTED

---------- Forwarded message ----------
From: Dudley J Primeaux II <polyurca@flash.net>
Date: Wed, May 7, 2008 at 6:22 PM
Subject: Re: Hawaii Report
To: Haydul@aol.com
Cc: Kelin Bower-PCSI <kelin@polyvers.com>

Hey Joe:

Well I was at the PolyVer facility today picking up my tools and talking with Kelin. I say the sample removed from the deck that Kelin ran the testing on. Very interesting...

In the large square sample, there appeared to be what looked like a joint area from the concrete. I noted that the applied mender on the back side was very thick. I saw one area that would have been right over the SL 75 filled crack. The mender had split and it looked as if the split was continuing into the FSS 45DC. This is due to the non-flexibility of the mender and the fact that the FSS 45DC is well bonded to the mender. This "composite" then take on characteristics between the two materials. Appears to be lots of movement on that deck.

I did not bring my camera, but Kelin said he would take a picture(s) and forward on.

Just wanted you to hear about what I saw.



EXHIBIT Burnes 14 11/4/16

EXHIBIT 19
WIT: Cerchie
DATE: 6-14-11
S. L. ROSS

V 02184

**EXHIBIT D**

Page 2 of 3

Dudley J. Primeaux II, PCS, Cert #309-568-0456
Primeaux Associates LLC, polyurea@flash.net
www.polyurea.com   www.primeauxassociates.com

The information contained in this e-mail is for the exclusive use of the intended recipient(s) and may be confidential, proprietary, and/or legally privileged. Inadvertent disclosure of this message does not constitute a waiver of any privilege. If you receive this message in error, please do not directly or indirectly use, print, copy, forward, or disclose any part of this message. Please also delete this e-mail and all copies and notify the sender. Thank you.

----- Original Message -----
From: Haydu1@aol.com
To: polyurea@flash.net
Sent: Tuesday, May 06, 2008 4:53 PM
Subject: Fwd: Hawaii Report

Hi Dudley:
I thought you would be interested in this report from the structural engineer we hired to investigate the deck. Safeway called an impromptu conference call yesterday, and informed me only after it was in progress. I would liked to have had you involved, since they were assessing all the ills of the project to our coating. There will be another conference call after they receive this report, and if possible I would like to include you. It will probably be on Friday afternoon sometime. Would you be available and willing?

Thanks,

Joe

---

From: eaimaimi@bellsouth.net
To: Haydu1@aol.com
Sent: 5/6/2008 1:48:04 P.M. Pacific Daylight Time
Subj: (no subject)

Attached is my preliminary assessment of the problems at the Safeway store. Please feel free to comment.

*******************************

Ronald F. Zollo, Ph.D., P.E.

ENGINEERING ANALYTICS, INC.

2455 SW 27 Avenue, Suite 230

Miami, FL 33145

Ph: 305 285 9543

Fx: 305 285 9532

eaimaimi@bellsouth.net

*******************************

---

Wondering what's for Dinner Tonight? Get new twists on family favorites at AOL Food.

V 02185

Page 3 of 3

Kelin Bower

713.466.4988 Office
713.466.5798 Fax
936.203.1959 Cell

9777 W. Gulf Bank Rd. Suite 15
Houston, TX 77040

Barbara Marmor
BMarmor.Legal@gmail.com
Phone: (951) 683-2241

The information contained in this communication is confidential, may be attorney-client privileged, and is intended only for the use of the addressee. It is the property of Barbara Marmor Attorney at Law. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail; do not read this e-mail and destroy this communication and all copies thereof, including all attachments.

V 02186