## Product Information

| Product | 45 DC-No Exposure | Date Tested | 2-Apr-09 |
|---|---|---|---|
| Description | Safeway Hawaii Mitigation | Date Sprayed | |
| Resin Batch No. | | Days Cured | |
| Iso Batch No. | | Job | |
| Additional Notes | | | |
| File Name | | Tested By | AMR |

**EXHIBIT** Builds 5 11/4/16

## Equipment Information

| Pump | | | Gun | |
|---|---|---|---|---|
| Pressure | | | Chamber | |
| Temperatures | | | Tip | |

## Results

**EXHIBIT** 255
WIT: Bower
DATE: 7-29-15
SHARON ROSS, CSR

| Tensile Strength | Elongation | Tear (pli) | Hardness |
|---|---|---|---|
| 3050.98 | 508.60% | 442.91 | 49.80 |
| 5 | 5 | 5 | 5 |

4 mil

| | Thickness | | | | | | Tear | |
|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | Average | 1 | 54 |
| | 58 | 62 | 61 | 58 | 58 | 0.659.4 | 2 | 54 |
| | | | | | | | 3 | 56 |
| | 1 | 2 | 3 | 4 | 5 | Average | 4 | 56 |
| 1 | 254 | 252 | 254 | 253 | 253 | 0.253.2 | 5 | 56 |
| | Inches2 | | 0.0150 | | | | Thickness | 55.2 |
| | Force (lbs) | | 46.75 | | | | Force | 28.47 |
| | Tensile Strength | | 3108.4 | | | | Tear Strength | 515.76 |
| | Hardness | | | | | | Elongation | |
| | 1 | 2 | 3 | 4 | 5 | Average | Reading | Elongation |
| | 48 | 48 | 50 | 50 | 53 | 49.8 | 9.9071 | 495.36% |

7 mil

| | Thickness | | | | | | Tear | |
|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | Average | 1 | 56 |
| | 69 | 65 | 63 | 62 | 64 | 64.6 | 2 | 56 |
| | Width | | | | | | 3 | 56 |
| | 1 | 2 | 3 | 4 | 5 | Average | 4 | 58 |
| 2 | 255 | 253 | 250 | 251 | 249 | 251.6 | 5 | 56 |
| | Inches2 | | 0.0163 | | | | Thickness | 56.4 |
| | Force (lbs) | | 42.57 | | | | Force | 24.7 |
| | Tensile Strength | | 2619.2 | | | | Tear Strength | 437.94 |
| | Hardness | | | | | | Elongation | |
| | 1 | 2 | 3 | 4 | 5 | Average | Reading | Elongation |
| | 48 | 48 | 50 | 50 | 53 | 49.8 | 8.07 | 403.72% |

| | Thickness | | | | | | Tear | |
|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | Average | 1 | 49 |
| | 61 | 59 | 60 | 61 | 61 | 60.4 | 2 | 47 |
| | Width | | | | | | 3 | 44 |
| | 1 | 2 | 3 | 4 | 5 | Average | 4 | 45 |
| 3 | 275 | 275 | 274 | 272 | 276 | 274.4 | 5 | 46 |
| | Inches2 | | 0.0166 | | | | Thickness | 46.2 |
| | Force (lbs) | | 47.37 | | | | Force | 19.3 |
| | Tensile Strength | | 2858.1 | | | | Tear Strength | 417.75 |
| | Hardness | | | | | | Elongation | |
| | 1 | 2 | 3 | 4 | 5 | Average | Reading | Elongation |
| | 48 | 48 | 50 | 50 | 53 | 49.8 | 9.3945 | 469.73% |

| | Thickness | | | | | | Tear | |
|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | Average | 1 | 61 |

**EXHIBIT E**

**4**

| 63 | 66 | 63 | 62 | 60 | 62.8 | 2 | 62 |
|----|----|----|----|----|------|---|----|
| Width | | | | | | 3 | 61 |
| 1 | 2 | 3 | 4 | 5 | Average | 4 | 60 |
| 252 | 251 | 250 | 250 | 250 | 250.6 | 5 | 59 |
| | | | Inches2 | | 0.0157 | Thickness | 60.6 |
| | | | Force (lbs) | | 51.25 | Force | 26.27 |
| | | | Tensile Strength | | 3256.5 | Tear Strength | 433.5 |
| Hardness | | | | | | Elongation | |
| 1 | 2 | 3 | 4 | 5 | Average | Reading | Elongation |
| 48 | 48 | 50 | 50 | 53 | 49.8 | 11.2586 | 562.93% |

**5**

| Thickness | | | | | | Tear | |
|----|----|----|----|----|------|---|----|
| 1 | 2 | 3 | 4 | 5 | Average | 1 | 54 |
| 62 | 62 | 62 | 62 | 63 | 62.2 | 2 | 54 |
| Width | | | | | | 3 | 53 |
| 1 | 2 | 3 | 4 | 5 | Average | 4 | 55 |
| 274 | 270 | 275 | 275 | 275 | 273.8 | 5 | 55 |
| | | | Inches2 | | 0.0170 | Thickness | 54.2 |
| | | | Force (lbs) | | 58.12 | Force | 22.2 |
| | | | Tensile Strength | | 3412.7 | Tear Strength | 409.59 |
| Hardness | | | | | | Elongation | |
| 1 | 2 | 3 | 4 | 5 | Average | Reading | Elongation |
| 48 | 48 | 50 | 50 | 53 | 49.8 | 12.2254 | 611.27% |

VCFA 04935

Ken 50 DM Exposure

## Product Information

| Product | 50 DM (UV Exposed) | Date Tested | 9-Apr-09 |
|---|---|---|---|
| Description | Safeway Hawaii Mitigation | Date Sprayed | |
| Resin Batch No. | | Days Cured | |
| Iso Batch No. | | Job | |
| Additional Notes | | | |
| File Name | | Tested By | AMR |

## Equipment Information

| Pump | | | | Gun | |
|---|---|---|---|---|---|
| Pressure | | | | Chamber | |
| Temperatures | | | | Tip | |

## Results

| (psi) | Elongation | Tear (pli) | (Shore D) |
|---|---|---|---|
| 685.60 | 82.71% | #DIV/0! | #DIV/0! |
| 4 | 4 | 5 | 5 |

### Sample 1

| | Thickness | | | | | | Tear | | |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | Average | 1 | | |
| | 52 | 52 | 52 | 52 | 54 | 52.4 | 2 | | |
| | | | | | | | 3 | | |
| | 1 | 2 | 3 | 4 | 5 | Average | 4 | | |
| | 255 | 255 | 250 | 248 | 249 | 251.4 | 5 | | |
| | | | | Inches2 | | 0.0132 | Thickness | #DIV/0! | |
| | | | | Force (lbs) | | 9.17 | Force | | |
| | | | | Tensile Strength | | 696.1 | Tear Strength | #DIV/0! | |
| | Hardness | | | | | | Elongation | | |
| | 1 | 2 | 3 | 4 | 5 | Average | Reading | Elongation | |
| | | | | | | #DIV/0! | 1.34 | 67.09% | |

### Sample 2

| | Thickness | | | | | | Tear | | |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | Average | 1 | | |
| | 67 | 65 | 70 | 68 | 69 | 67.8 | 2 | | |
| | Width | | | | | | 3 | | |
| | 1 | 2 | 3 | 4 | 5 | Average | 4 | | |
| | 253 | 248 | 250 | 250 | 252 | 250.6 | 5 | | |
| | | | | Inches2 | | 0.0170 | Thickness | #DIV/0! | |
| | | | | Force (lbs) | | 11.30 | Force | | |
| | | | | Tensile Strength | | 665.1 | Tear Strength | #DIV/0! | |
| | Hardness | | | | | | Elongation | | |
| | 1 | 2 | 3 | 4 | 5 | Average | Reading | Elongation | |
| | | | | | | #DIV/0! | 1.57 | 78.31% | |

VCFA 04928

**Section 3**

| Thickness | | | | | | Tear | |
|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | Average | 1 | |
| 74 | 74 | 74 | 75 | 74 | 74.2 | 2 | |
| Width | | | | | | 3 | |
| 1 | 2 | 3 | 4 | 5 | Average | 4 | |
| 253 | 254 | 254 | 252 | 252 | 253 | 5 | |
| | | | Inches2 | | 0.0188 | Thickness | #DIV/0! |
| | | | Force (lbs) | | 12.67 | Force | |
| | | | Tensile Strength | | 674.9 | Tear Strength | #DIV/0! |
| Hardness | | | | | | Elongation | |
| 1 | 2 | 3 | 4 | 5 | Average | Reading | Elongation |
| | | | | | #DIV/0! | 1.97 | 98.66% |

**Section 4**

| Thickness | | | | | | Tear | |
|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | Average | 1 | |
| 54 | 57 | 55 | 57 | 57 | 56 | 2 | |
| Width | | | | | | 3 | |
| 1 | 2 | 3 | 4 | 5 | Average | 4 | |
| 255 | 254 | 257 | 253 | 254 | 254.6 | 5 | |
| | | | Inches2 | | 0.0143 | Thickness | #DIV/0! |
| | | | Force (lbs) | | 10.07 | Force | |
| | | | Tensile Strength | | 706.3 | Tear Strength | #DIV/0! |
| Hardness | | | | | | Elongation | |
| 1 | 2 | 3 | 4 | 5 | Average | Reading | Elongation |
| | | | | | #DIV/0! | 1.74 | 86.80% |

**Section 5**

| Thickness | | | | | | Tear | |
|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | Average | 1 | |
| | | | | | #DIV/0! | 2 | |
| Width | | | | | | 3 | |
| 1 | 2 | 3 | 4 | 5 | Average | 4 | |
| | | | | | #DIV/0! | 5 | |
| | | | Inches2 | | #DIV/0! | Thickness | #DIV/0! |
| | | | Force (lbs) | | | Force | |
| | | | Tensile Strength | | #DIV/0! | Tear Strength | #DIV/0! |
| Hardness | | | | | | Elongation | |
| 1 | 2 | 3 | 4 | 5 | Average | Reading | Elongation |
| | | | | | #DIV/0! | | 0.00% |

VCFA 04929

Ken   50 DM   No   Exposure

## Product Information

| Product | 50 DM | Date Tested | 9-Apr-09 |
|---|---|---|---|
| Description | Safeway Hawaii Mitigation | Date Sprayed | |
| Resin Batch No. | | Days Cured | |
| Iso Batch No. | | Job | |
| Additional Notes | | | |
| File Name | | Tested By | AMR |

## Equipment Information

| Pump | | | | Gun | |
|---|---|---|---|---|---|
| Pressure | | | | Chamber | |
| Temperatures | | | | Tip | |

## Results

| (psi) | Elongation | Tear (pli) | (Shore D) |
|---|---|---|---|
| 506.35 | 80.36% | #DIV/0! | #DIV/0! |
| 4 | 4 | 5 | 5 |

| 1 | Thickness | | | | | | Tear | | |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | Average | 1 | | |
| | 69 | 70 | 70 | 72 | 72 | 70.6 | 2 | | |
| | | | | | | | 3 | | |
| | 1 | 2 | 3 | 4 | 5 | Average | 4 | | |
| | 250 | 251 | 249 | 247 | 248 | 249 | 5 | | |
| | | | | Inches2 | | 0.0176 | Thickness | #DIV/0! | |
| | | | | Force (lbs) | | 9.82 | Force | | |
| | | | | Tensile Strength | | 558.6 | Tear Strength | #DIV/0! | |
| | Hardness | | | | | | Elongation | | |
| | 1 | 2 | 3 | 4 | 5 | Average | Reading | Elongation | |
| | | | | | | #DIV/0! | 1.63 | 81.65% | |

| 2 | Thickness | | | | | | Tear | | |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | Average | 1 | | |
| | 71 | 70 | 68 | 67 | 66 | 68.4 | 2 | | |
| | Width | | | | | | 3 | | |
| | 1 | 2 | 3 | 4 | 5 | Average | 4 | | |
| | 254 | 245 | 248 | 248 | 251 | 249.2 | 5 | | |
| | | | | Inches2 | | 0.0170 | Thickness | #DIV/0! | |
| | | | | Force (lbs) | | 7.87 | Force | | |
| | | | | Tensile Strength | | 461.7 | Tear Strength | #DIV/0! | |
| | Hardness | | | | | | Elongation | | |
| | 1 | 2 | 3 | 4 | 5 | Average | Reading | Elongation | |
| | | | | | | #DIV/0! | 1.68 | 83.98% | |

VCFA 04926

Case 1:15-cv-00245-ACK-KSC   Document 321-6   Filed 05/26/17   Page 6 of 30   PageID.5181
Case 1:15-cv-00245-ACK-KSC   Document 180-11   Filed 11/21/16   Page 6 of 30   PageID
#: 2495

### Sample 3

| Thickness | | | | | | Tear | |
|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | Average | 1 | |
| 75 | 75 | 78 | 75 | 74 | 75.4 | 2 | |
| Width | | | | | | 3 | |
| 1 | 2 | 3 | 4 | 5 | Average | 4 | |
| 248 | 248 | 245 | 249 | 249 | 247.8 | 5 | |
| | | | | Inches2 | 0.0187 | Thickness | #DIV/0! |
| | | | | Force (lbs) | 9.60 | Force | |
| | | | | Tensile Strength | 513.8 | Tear Strength | #DIV/0! |
| Hardness | | | | | | Elongation | |
| 1 | 2 | 3 | 4 | 5 | Average | Reading | Elongation |
| | | | | | #DIV/0! | 1.78 | 88.83% |

### Sample 4

| Thickness | | | | | | Tear | |
|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | Average | 1 | |
| 77 | 77 | 79 | 81 | 80 | 78.8 | 2 | |
| Width | | | | | | 3 | |
| 1 | 2 | 3 | 4 | 5 | Average | 4 | |
| 252 | 251 | 251 | 248 | 247 | 249.8 | 5 | |
| | | | | Inches2 | 0.0197 | Thickness | #DIV/0! |
| | | | | Force (lbs) | 9.67 | Force | |
| | | | | Tensile Strength | 491.3 | Tear Strength | #DIV/0! |
| Hardness | | | | | | Elongation | |
| 1 | 2 | 3 | 4 | 5 | Average | Reading | Elongation |
| | | | | | #DIV/0! | 1.34 | 66.98% |

### Sample 5

| Thickness | | | | | | Tear | |
|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | Average | 1 | |
| | | | | | #DIV/0! | 2 | |
| Width | | | | | | 3 | |
| 1 | 2 | 3 | 4 | 5 | Average | 4 | |
| | | | | | #DIV/0! | 5 | |
| | | | | Inches2 | #DIV/0! | Thickness | #DIV/0! |
| | | | | Force (lbs) | | Force | |
| | | | | Tensile Strength | #DIV/0! | Tear Strength | #DIV/0! |
| Hardness | | | | | | Elongation | |
| 1 | 2 | 3 | 4 | 5 | Average | Reading | Elongation |
| | | | | | #DIV/0! | | 0.00% |

VCFA 04927

Ken 50PM Bayer - No Exposure

## Product Information

| Product Description | 50 w/ Bayer Isocyanate Safeway Hawaii Mitigation | Date Tested | 9-Apr-09 |
|---|---|---|---|
| Resin Batch No. | | Date Sprayed | |
| Iso Batch No. | | Days Cured | |
| Additional Notes | | Job | |
| File Name | | Tested By | AMR |

## Equipment Information

| Pump | | | Gun | |
|---|---|---|---|---|
| Pressure | | | Chamber | |
| Temperatures | | | Tip | |

## Results

| (psi) | Elongation | Tear (pli) | (Shore D) |
|---|---|---|---|
| 3089.05 | 279.90% | #DIV/0! | #DIV/0! |
| 4 | 4 | 5 | 5 |

### 1

| Thickness | | | | | | Tear | |
|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | Average | 1 | |
| 42 | 42 | 42 | 43 | 46 | 43 | 2 | |
| | | | | | | 3 | |
| 1 | 2 | 3 | 4 | 5 | Average | 4 | |
| 261 | 251 | 255 | 253 | 254 | 254.8 | 5 | |
| | | Inches2 | | 0.0110 | | Thickness | #DIV/0! |
| | | Force (lbs) | | 33.15 | | Force | |
| | | Tensile Strength | | 3025.6 | | Tear Strength | #DIV/0! |
| Hardness | | | | | | Elongation | |
| 1 | 2 | 3 | 4 | 5 | Average | Reading | Elongation |
| | | | | | #DIV/0! | 5.78 | 288.78% |

### 2

| Thickness | | | | | | Tear | |
|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | Average | 1 | |
| 40 | 39 | 39 | 39 | 41 | 39.6 | 2 | |
| Width | | | | | | 3 | |
| 1 | 2 | 3 | 4 | 5 | Average | 4 | |
| 255 | 250 | 249 | 251 | 255 | 252 | 5 | |
| | | Inches2 | | 0.0100 | | Thickness | #DIV/0! |
| | | Force (lbs) | | 27.15 | | Force | |
| | | Tensile Strength | | 2720.7 | | Tear Strength | #DIV/0! |
| Hardness | | | | | | Elongation | |
| 1 | 2 | 3 | 4 | 5 | Average | Reading | Elongation |
| | | | | | #DIV/0! | 4.88 | 243.90% |

VCFA 04922

| 3 | Thickness | | | | | | Tear | |
|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | Average | 1 | |
| | 40 | 41 | 43 | 42 | 40 | 41.2 | 2 | |
| | Width | | | | | | 3 | |
| | 1 | 2 | 3 | 4 | 5 | Average | 4 | |
| | 251 | 251 | 250 | 249 | 253 | 250.8 | 5 | |
| | | | | Inches2 | 0.0103 | | Thickness #DIV/0! | |
| | | | | Force (lbs) | 34.27 | | Force | |
| | | | | Tensile Strength | 3316.6 | | Tear Strength #DIV/0! | |
| | Hardness | | | | | | Elongation | |
| | 1 | 2 | 3 | 4 | 5 | Average | Reading | Elongation |
| | | | | | | #DIV/0! | 6.16 | 307.94% |

| 4 | Thickness | | | | | | Tear | |
|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | Average | 1 | |
| | 30 | 30 | 30 | 30 | 30 | 30 | 2 | |
| | Width | | | | | | 3 | |
| | 1 | 2 | 3 | 4 | 5 | Average | 4 | |
| | 250 | 248 | 251 | 251 | 250 | 250 | 5 | |
| | | | | Inches2 | 0.0075 | | Thickness #DIV/0! | |
| | | | | Force (lbs) | 24.70 | | Force | |
| | | | | Tensile Strength | 3293.3 | | Tear Strength #DIV/0! | |
| | Hardness | | | | | | Elongation | |
| | 1 | 2 | 3 | 4 | 5 | Average | Reading | Elongation |
| | | | | | | #DIV/0! | 5.58 | 278.97% |

| 5 | Thickness | | | | | | Tear | |
|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | Average | 1 | |
| | | | | | | #DIV/0! | 2 | |
| | Width | | | | | | 3 | |
| | 1 | 2 | 3 | 4 | 5 | Average | 4 | |
| | | | | | | #DIV/0! | 5 | |
| | | | | Inches2 | #DIV/0! | | Thickness #DIV/0! | |
| | | | | Force (lbs) | | | Force | |
| | | | | Tensile Strength | #DIV/0! | | Tear Strength #DIV/0! | |
| | Hardness | | | | | | Elongation | |
| | 1 | 2 | 3 | 4 | 5 | Average | Reading | Elongation |
| | | | | | | #DIV/0! | | 0.00% |

VCFA 04923

Case 1:15-cv-00245-ACK-KSC  Document 321-6  Filed 05/26/17  Page 9 of 30  PageID.5184
Case 1:15-cv-00245-ACK-KSC  Document 180-11  Filed 11/21/16  Page 9 of 30  PageID
#: 2498

Ken Et Dm Bayer Exposure

## Product Information

| Product | 50 w Bayer Iso. (UV Exposed) | Date Tested | 9-Apr-09 |
|---|---|---|---|
| Description | Safeway Hawaii Mitigation | Date Sprayed | |
| Resin Batch No. | | Days Cured | |
| Iso Batch No. | | Job | |
| Additional Notes | | | |
| File Name | | Tested By | AMR |

## Equipment Information

| Pump | | | | Gun | |
|---|---|---|---|---|---|
| Pressure | | | | Chamber | |
| Temperatures | | | | Tip | |

## Results

| (psi) | Elongation | Tear (pli) | (Shore D) |
|---|---|---|---|
| 2489.61 | 261.73% | #DIV/0! | #DIV/0! |
| 4 | 4 | 5 | 5 |

| | Thickness | | | | | | Tear | |
|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | Average | 1 | |
| | 43 | 42 | 42 | 42 | 45 | 42.8 | 2 | |
| | | | | | | | 3 | |
| | 1 | 2 | 3 | 4 | 5 | Average | 4 | |
| | 252 | 255 | 257 | 253 | 251 | 253.6 | 5 | |
| **1** | | | | Inches2 | | 0.0109 | Thickness | #DIV/0! |
| | | | | Force (lbs) | | 26.12 | Force | |
| | | | | Tensile Strength | | 2406.5 | Tear Strength | #DIV/0! |
| | Hardness | | | | | | Elongation | |
| | 1 | 2 | 3 | 4 | 5 | Average | Reading | Elongation |
| | | | | | | #DIV/0! | 4.95 | 247.28% |

| | Thickness | | | | | | Tear | |
|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | Average | 1 | |
| | 58 | 57 | 59 | 54 | 50 | 55.6 | 2 | |
| | Width | | | | | | 3 | |
| | 1 | 2 | 3 | 4 | 5 | Average | 4 | |
| | 253 | 254 | 251 | 250 | 250 | 251.6 | 5 | |
| **2** | | | | Inches2 | | 0.0140 | Thickness | #DIV/0! |
| | | | | Force (lbs) | | 38.90 | Force | |
| | | | | Tensile Strength | | 2780.8 | Tear Strength | #DIV/0! |
| | Hardness | | | | | | Elongation | |
| | 1 | 2 | 3 | 4 | 5 | Average | Reading | Elongation |
| | | | | | | #DIV/0! | 6.03 | 301.58% |

VCFA 04924

### Sample 3

| | Thickness | | | | | Tear | |
|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | Average | 1 |
| | 51 | 55 | 55 | 59 | 58 | 55.6 | 2 |
| | Width | | | | | | 3 |
| | 1 | 2 | 3 | 4 | 5 | Average | 4 |
| | 260 | 251 | 253 | 256 | 251 | 254.2 | 5 |
| **3** | | | | Inches2 | | 0.0141 | Thickness #DIV/0! |
| | | | | Force (lbs) | | 33.65 | Force |
| | | | | Tensile Strength | | 2380.9 | Tear Strength #DIV/0! |
| | Hardness | | | | | | Elongation |
| | 1 | 2 | 3 | 4 | 5 | Average #DIV/0! | Reading 5.21 / Elongation 260.50% |

### Sample 4

| | Thickness | | | | | Tear | |
|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | Average | 1 |
| | 41 | 39 | 40 | 41 | 42 | 40.6 | 2 |
| | Width | | | | | | 3 |
| | 1 | 2 | 3 | 4 | 5 | Average | 4 |
| | 256 | 253 | 254 | 252 | 255 | 254 | 5 |
| **4** | | | | Inches2 | | 0.0103 | Thickness #DIV/0! |
| | | | | Force (lbs) | | 24.65 | Force |
| | | | | Tensile Strength | | 2390.3 | Tear Strength #DIV/0! |
| | Hardness | | | | | | Elongation |
| | 1 | 2 | 3 | 4 | 5 | Average #DIV/0! | Reading 4.75 / Elongation 237.57% |

### Sample 5

| | Thickness | | | | | Tear | |
|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | Average #DIV/0! | 1 |
| | | | | | | | 2 |
| | Width | | | | | | 3 |
| | 1 | 2 | 3 | 4 | 5 | Average #DIV/0! | 4 |
| | | | | | | | 5 |
| **5** | | | | Inches2 | | #DIV/0! | Thickness #DIV/0! |
| | | | | Force (lbs) | | | Force |
| | | | | Tensile Strength | | #DIV/0! | Tear Strength #DIV/0! |
| | Hardness | | | | | | Elongation |
| | 1 | 2 | 3 | 4 | 5 | Average #DIV/0! | Reading / Elongation 0.00% |

VCFA 04925

Ken - VF 380  No Exposure

## Product Information

| Product | 380 | Date Tested | 9-Apr-09 |
|---|---|---|---|
| Description | Safeway Hawaii Mitigation | Date Sprayed | |
| Resin Batch No. | | Days Cured | |
| Iso Batch No. | | Job | |
| Additional Notes | | | |
| File Name | | Tested By | AMR |

## Equipment Information

| Pump | | | | Gun | |
|---|---|---|---|---|---|
| Pressure | | | | Chamber | |
| Temperatures | | | | Tip | |

## Results

| (psi) | Elongation | Tear (pli) | (Shore D) |
|---|---|---|---|
| 1310.71 | 332.65% | #DIV/0! | #DIV/0! |
| 4 | 4 | 5 | 5 |

<table>
<tr><td rowspan="8">1</td><td colspan="6">Thickness</td><td colspan="2">Tear</td></tr>
<tr><td>1</td><td>2</td><td>3</td><td>4</td><td>5</td><td>Average</td><td>1</td><td></td></tr>
<tr><td>48</td><td>51</td><td>54</td><td>57</td><td>60</td><td>54</td><td>2</td><td></td></tr>
<tr><td>1</td><td>2</td><td>3</td><td>4</td><td>5</td><td>Average</td><td>3</td><td></td></tr>
<tr><td>243</td><td>245</td><td>249</td><td>246</td><td>246</td><td>245.8</td><td>4</td><td></td></tr>
<tr><td colspan="4"></td><td colspan="2">Inches2  0.0133</td><td>5</td><td></td></tr>
<tr><td colspan="4"></td><td colspan="2">Force (lbs)  17.87</td><td colspan="2">Thickness #DIV/0!<br>Force</td></tr>
<tr><td colspan="4"></td><td colspan="2">Tensile Strength  1346.3</td><td colspan="2">Tear Strength #DIV/0!</td></tr>
<tr><td colspan="6">Hardness</td><td colspan="2">Elongation</td></tr>
</table>

| 1 | 2 | 3 | 4 | 5 | Average | Reading | Elongation |
|---|---|---|---|---|---|---|---|
| | | | | | #DIV/0! | 8.65 | 432.55% |

<table>
<tr><td rowspan="9">2</td><td colspan="6">Thickness</td><td colspan="2">Tear</td></tr>
<tr><td>1</td><td>2</td><td>3</td><td>4</td><td>5</td><td>Average</td><td>1</td><td></td></tr>
<tr><td>66</td><td>64</td><td>62</td><td>59</td><td>60</td><td>62.2</td><td>2</td><td></td></tr>
<tr><td colspan="6">Width</td><td>3</td><td></td></tr>
<tr><td>1</td><td>2</td><td>3</td><td>4</td><td>5</td><td>Average</td><td>4</td><td></td></tr>
<tr><td>241</td><td>241</td><td>252</td><td>247</td><td>248</td><td>245.8</td><td>5</td><td></td></tr>
<tr><td colspan="4"></td><td colspan="2">Inches2  0.0153</td><td colspan="2">Thickness #DIV/0!</td></tr>
<tr><td colspan="4"></td><td colspan="2">Force (lbs)  20.47</td><td colspan="2">Force</td></tr>
<tr><td colspan="4"></td><td colspan="2">Tensile Strength  1338.9</td><td colspan="2">Tear Strength #DIV/0!</td></tr>
<tr><td colspan="6">Hardness</td><td colspan="2">Elongation</td></tr>
</table>

| 1 | 2 | 3 | 4 | 5 | Average | Reading | Elongation |
|---|---|---|---|---|---|---|---|
| | | | | | #DIV/0! | 8.61 | 430.47% |

VCFA 04918

## Section 3

| Thickness | | | | | | Tear | | |
|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | Average | 1 | | |
| 61 | 61 | 55 | 50 | 45 | 54.4 | 2 | | |
| Width | | | | | | 3 | | |
| 1 | 2 | 3 | 4 | 5 | Average | 4 | | |
| 243 | 245 | 246 | 252 | 248 | 246.8 | 5 | | |
| | | | | Inches2 | 0.0134 | Thickness | #DIV/0! | |
| | | | | Force (lbs) | 16.25 | Force | | |
| | | | | Tensile Strength | 1210.3 | Tear Strength | #DIV/0! | |
| Hardness | | | | | | Elongation | | |
| 1 | 2 | 3 | 4 | 5 | Average | Reading | Elongation | |
| | | | | | #DIV/0! | 9.35 | 467.59% | |

## Section 4

| Thickness | | | | | | Tear | | |
|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | Average | 1 | | |
| 65 | 60 | 58 | 60 | 65 | 61.6 | 2 | | |
| Width | | | | | | 3 | | |
| 1 | 2 | 3 | 4 | 5 | Average | 4 | | |
| 249 | 242 | 240 | 244 | 245 | 244 | 5 | | |
| | | | | Inches2 | 0.0150 | Thickness | #DIV/0! | |
| | | | | Force (lbs) | 20.25 | Force | | |
| | | | | Tensile Strength | 1347.3 | Tear Strength | #DIV/0! | |
| Hardness | | | | | | Elongation | | |
| 1 | 2 | 3 | 4 | 5 | Average | Reading | Elongation | |
| | | | | | #DIV/0! | 7.8 | 389.85% | |

## Section 5

| Thickness | | | | | | Tear | | |
|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | Average | 1 | | |
| | | | | | #DIV/0! | 2 | | |
| Width | | | | | | 3 | | |
| 1 | 2 | 3 | 4 | 5 | Average | 4 | | |
| | | | | | #DIV/0! | 5 | | |
| | | | | Inches2 | #DIV/0! | Thickness | #DIV/0! | |
| | | | | Force (lbs) | | Force | | |
| | | | | Tensile Strength | #DIV/0! | Tear Strength | #DIV/0! | |
| Hardness | | | | | | Elongation | | |
| 1 | 2 | 3 | 4 | 5 | Average | Reading | Elongation | |
| | | | | | #DIV/0! | | 0.00% | |

VCFA 04919

*Ken VG 380 Exposure*

## Product Information

| Product | 380 (UV Exposed) | Date Tested | 9-Apr-09 |
|---|---|---|---|
| Description | Safeway Hawaii Mitigation | Date Sprayed | |
| Resin Batch No. | | Days Cured | |
| Iso Batch No. | | Job | |
| Additional Notes | | | |
| File Name | | Tested By | AMR |

## Equipment Information

| Pump | | Gun | |
|---|---|---|---|
| Pressure | | Chamber | |
| Temperatures | | | | Tip | |

## Results

| (psi) | Elongation | Tear (pli) | (Shore D) |
|---|---|---|---|
| 1254.64 | 555.72% | #DIV/0! | #DIV/0! |
| 4 | 5 | 5 | 5 |

### Panel 1

| | Thickness | | | | | Tear | |
|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | Average | 1 |
| | 47 | 50 | 52 | 52 | 53 | 50.8 | 2 |
| | | | | | | | 3 |
| | 1 | 2 | 3 | 4 | 5 | Average | 4 |
| | 244 | 251 | 245 | 245 | 233 | 243.6 | 5 |
| | | | | Inches2 | 0.0124 | | Thickness #DIV/0! |
| | | | | Force (lbs) | 13.67 | | Force |
| | | | | Tensile Strength | 1104.7 | | Tear Strength #DIV/0! |
| | Hardness | | | | | | Elongation |
| | 1 | 2 | 3 | 4 | 5 | Average | Reading | Elongation |
| | | | | | | #DIV/0! | 9.87 | 493.36% |

### Panel 2

| | Thickness | | | | | Tear | |
|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | Average | 1 |
| | 47 | 47 | 47 | 47 | 45 | 46.6 | 2 |
| | Width | | | | | | 3 |
| | 1 | 2 | 3 | 4 | 5 | Average | 4 |
| | 254 | 244 | 244 | 241 | 242 | 245 | 5 |
| | | | | Inches2 | 0.0114 | | Thickness #DIV/0! |
| | | | | Force (lbs) | 16.40 | | Force |
| | | | | Tensile Strength | 1436.5 | | Tear Strength #DIV/0! |
| | Hardness | | | | | | Elongation |
| | 1 | 2 | 3 | 4 | 5 | Average | Reading | Elongation |
| | | | | | | #DIV/0! | 11.85 | 592.37% |

### Section 3

| Thickness | | | | | | Tear | |
|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | Average | 1 | |
| 49 | 48 | 48 | 47 | 45 | 47.4 | 2 | |
| Width | | | | | | 3 | |
| 1 | 2 | 3 | 4 | 5 | Average | 4 | |
| 248 | 247 | 248 | 250 | 251 | 248.8 | 5 | |
| | | | Inches2 | | 0.0118 | Thickness | #DIV/0! |
| | | | Force (lbs) | | 14.15 | Force | |
| | | | Tensile Strength | | 1199.9 | Tear Strength | #DIV/0! |
| Hardness | | | | | | Elongation | |
| 1 | 2 | 3 | 4 | 5 | Average | Reading | Elongation |
| | | | | | #DIV/0! | 11.18 | 558.94% |

### Section 4

| Thickness | | | | | | Tear | |
|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | Average | 1 | |
| 54 | 52 | 52 | 51 | 50 | 51.8 | 2 | |
| Width | | | | | | 3 | |
| 1 | 2 | 3 | 4 | 5 | Average | 4 | |
| 253 | 247 | 245 | 245 | 243 | 246.6 | 5 | |
| | | | Inches2 | | 0.0128 | Thickness | #DIV/0! |
| | | | Force (lbs) | | 16.32 | Force | |
| | | | Tensile Strength | | 1277.6 | Tear Strength | #DIV/0! |
| Hardness | | | | | | Elongation | |
| 1 | 2 | 3 | 4 | 5 | Average | Reading | Elongation |
| | | | | | #DIV/0! | 11.56 | 578.19% |

### Section 5

| Thickness | | | | | | Tear | |
|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | Average | 1 | |
| | | | | | #DIV/0! | 2 | |
| Width | | | | | | 3 | |
| 1 | 2 | 3 | 4 | 5 | Average | 4 | |
| | | | | | #DIV/0! | 5 | |
| | | | Inches2 | | #DIV/0! | Thickness | #DIV/0! |
| | | | Force (lbs) | | | Force | |
| | | | Tensile Strength | | #DIV/0! | Tear Strength | #DIV/0! |
| Hardness | | | | | | Elongation | |
| 1 | 2 | 3 | 4 | 5 | Average | Reading | Elongation |
| | | | | | #DIV/0! | | 0.00% |

VCFA 04921

Ken 45 DC - No Exposure

## Product Information

| Product | 45 DC un-exposed, from Ken | Date Tested | |
| Description | Safeway Hawaii Mitigation | Date Sprayed | |
| Resin Batch No. | | Days Cured | |
| Iso Batch No. | | Job | |
| Additional Notes | received from Ken 04.10.09 | | |
| File Name | | Tested By | KM |

## Equipment Information

| Pump | | | Gun | |
| Pressure | | | Chamber | |
| Temperatures | | | | Tip | |

## Results

| (psi) | Elongation | Tear (pli) | (Shore D) |
|---|---|---|---|
| 3090.42 | 492.88% | | |
| 4 | 4 | | |

| | Thickness | | | | | | Tear | |
|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | Average | 1 | |
| | 54 | 47 | 46 | 52 | 52 | 50.2 | 2 | |
| | | | | | | | 3 | |
| | 1 | 2 | 3 | 4 | 5 | Average | 4 | |
| **1** | 247 | 242 | 239 | 245 | 243 | 243.2 | 5 | |
| | | | Inches2 | | 0.0122 | | Thickness | |
| | | | Force (lbs) | | 37.47 | | Force | |
| | | | Tensile Strength | | 3069.1 | | Tear Strength | |
| | Hardness | | | | | | Elongation | |
| | 1 | 2 | 3 | 4 | 5 | Average | Reading | Elo |
| | | | | | | #DIV/0! | 9.89 | 49 |

| | Thickness | | | | | | Tear | |
|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | Average | 1 | |
| | 44 | 45 | 45 | 47 | 49 | 46 | 2 | |
| | Width | | | | | | 3 | |
| | 1 | 2 | 3 | 4 | 5 | Average | 4 | |
| **2** | 245 | 244 | 242 | 244 | 242 | 243.4 | 5 | |
| | | | Inches2 | | 0.0112 | | Thickness | |
| | | | Force (lbs) | | 36.30 | | Force | |
| | | | Tensile Strength | | 3242.1 | | Tear Strength | |
| | Hardness | | | | | | Elongation | |
| | 1 | 2 | 3 | 4 | 5 | Average | Reading | Elo |
| | | | | | | #DIV/0! | 10.19 | 50 |

VCFA 07130

### Sample 3

| | Thickness | | | | | | Tear | |
|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | Average | 1 | |
| | 46 | 47 | 47 | 48 | 48 | 47.2 | 2 | |
| | Width | | | | | | 3 | |
| | 1 | 2 | 3 | 4 | 5 | Average | 4 | |
| | 245 | 236 | 240 | 245 | 244 | 242 | 5 | |
| | | | | Inches2 | | 0.0114 | Thickness | |
| | | | | Force (lbs) | | 35.32 | Force | |
| | | | | Tensile Strength | | 3092.2 | Tear Strength | |
| | Hardness | | | | | | Elongation | |
| | 1 | 2 | 3 | 4 | 5 | Average | Reading | Elo |
| | | | | | | #DIV/0! | 9.65 | 48 |

### Sample 4

| | Thickness | | | | | | Tear | |
|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | Average | 1 | |
| | 51 | 52 | 50 | 48 | 46 | 49.4 | 2 | |
| | Width | | | | | | 3 | |
| | 1 | 2 | 3 | 4 | 5 | Average | 4 | |
| | 244 | 243 | 242 | 245 | 243 | 243.4 | 5 | |
| | | | | Inches2 | | 0.0120 | Thickness | |
| | | | | Force (lbs) | | 35.57 | Force | |
| | | | | Tensile Strength | | 2958.3 | Tear Strength | |
| | Hardness | | | | | | Elongation | |
| | 1 | 2 | 3 | 4 | 5 | Average | Reading | Elo |
| | | | | | | #DIV/0! | 9.7 | 48 |

VCFA 07131

Case 1:15-cv-00245-ACK-KSC   Document 321-6   Filed 05/26/17   Page 17 of 30   PageID.5192
Case 1:15-cv-00245-ACK-KSC   Document 180-11   Filed 11/21/16   Page 17 of 30    PageID
#: 2506

IB

w

#DIV/0!

#DIV/0!

ngation

4.50%

#DIV/0!

#DIV/0!

ngation

9.50%

VCFA 07132

| | |
|---|---|
| | #DIV/0! |
| | #DIV/0! |
| ngation | 2.50% |

| | |
|---|---|
| | #DIV/0! |
| | #DIV/0! |
| ngation | 5.00% |

VCFA 07133

Ken 45 DC Exposure

## Product Information

| Product | 45 DC UV Exposed, from Ken | Date Tested | |
|---|---|---|---|
| Description | Safeway Hawaii Mitigation | Date Sprayed | |
| Resin Batch No. | | Days Cured | |
| Iso Batch No. | | Job | |
| Additional Notes | received from Ken 04.10.09 | | |
| File Name | | Tested By | KM |

## Equipment Information

| Pump | | | Gun | |
|---|---|---|---|---|
| Pressure | | | Chamber | |
| Temperatures | | | Tip | |

### Results

| (psi) | Elongation | Tear (pli) | (Shore D) |
|---|---|---|---|
| 2671.76 | 451.50% | | |
| 4 | 4 | | |

**1**

| Thickness | | | | | | Tear | |
|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | Average | 1 | |
| 53 | 54 | 54 | 54 | 55 | 54 | 2 | |
| | | | | | | 3 | |
| 1 | 2 | 3 | 4 | 5 | Average | 4 | |
| 248 | 249 | 249 | 248 | 246 | 248 | 5 | |
| | | | Inches2 | 0.0134 | | Thickness | |
| | | | Force (lbs) | 36.10 | | Force | |
| | | | Tensile Strength | 2695.6 | | Tear Strength | |
| Hardness | | | | | | Elongation | |
| 1 | 2 | 3 | 4 | 5 | Average | Reading | Elo |
| | | | | | #DIV/0! | 9.08 | 45 |

**2**

| Thickness | | | | | | Tear | |
|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | Average | 1 | |
| 42 | 43 | 41 | 41 | 41 | 41.6 | 2 | |
| Width | | | | | | 3 | |
| 1 | 2 | 3 | 4 | 5 | Average | 4 | |
| 247 | 245 | 249 | 247 | 248 | 247.2 | 5 | |
| | | | Inches2 | 0.0103 | | Thickness | |
| | | | Force (lbs) | 28.17 | | Force | |
| | | | Tensile Strength | 2739.3 | | Tear Strength | |
| Hardness | | | | | | Elongation | |
| 1 | 2 | 3 | 4 | 5 | Average | Reading | Elo |
| | | | | | #DIV/0! | 9.25 | 46 |

VCFA 07134

| 3 | Thickness | | | | | | Tear | | |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | Average | 1 | | |
| | 40 | 40 | 40 | 40 | 40 | 40 | 2 | | |
| | Width | | | | | | 3 | | |
| | 1 | 2 | 3 | 4 | 5 | Average | 4 | | |
| | 246 | 248 | 245 | 243 | 245 | 245.4 | 5 | | |
| | | | | | Inches2 | 0.0098 | | Thickness | |
| | | | | | Force (lbs) | 25.82 | | Force | |
| | | | | | Tensile Strength | 2630.4 | | Tear Strength | |
| | Hardness | | | | | | | Elongation | |
| | 1 | 2 | 3 | 4 | 5 | Average | Reading | Elo | |
| | | | | | | #DIV/0! | 8.64 | 43 | |

| 4 | Thickness | | | | | | Tear | | |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | Average | 1 | | |
| | 50 | 49 | 54 | 54 | 54 | 52.2 | 2 | | |
| | Width | | | | | | 3 | | |
| | 1 | 2 | 3 | 4 | 5 | Average | 4 | | |
| | 244 | 248 | 247 | 247 | 246 | 246.4 | 5 | | |
| | | | | | Inches2 | 0.0129 | | Thickness | |
| | | | | | Force (lbs) | 33.72 | | Force | |
| | | | | | Tensile Strength | 2621.7 | | Tear Strength | |
| | Hardness | | | | | | | Elongation | |
| | 1 | 2 | 3 | 4 | 5 | Average | Reading | Elo | |
| | | | | | | #DIV/0! | 9.15 | 45 | |

VCFA 07135

Case 1:15-cv-00245-ACK-KSC   Document 321-6   Filed 05/26/17   Page 21 of 30   PageID.5196
Case 1:15-cv-00245-ACK-KSC   Document 180-11   Filed 11/21/16   Page 21 of 30   PageID
#: 2510

IB

w

#DIV/0!

#DIV/0!

ngation
4.00%

#DIV/0!

#DIV/0!

ngation
2.50%

VCFA 07136

#DIV/0!

#DIV/0!

ngation

2.00%

#DIV/0!

#DIV/0!

ngation

7.50%

VCFA 07137

*Joe - As Recieved ~ Aggregate*

## Product Information

| Product | 45 DC w/ Aggregate | Date Tested | 3-Apr-09 |
|---|---|---|---|
| Description | Safeway Hawaii Mitigation | Date Sprayed | 2-Apr-09 |
| Resin Batch No. | | Days Cured | |
| Iso Batch No. | | Job | |
| Additional Notes | | | |
| File Name | | Tested By | AMR |

## Equipment Information

| Pump | | Gun | |
|---|---|---|---|
| Pressure | | Chamber | |
| Temperatures | | | Tip | |

## Results

| (psi) | Elongation | Tear (pli) | (Shore D) |
|---|---|---|---|
| 615.79 | 88.65% | 206.76 | #DIV/0! |
| 5 | 5 | 5 | 5 |

### Block 1

| | Thickness | | | | | | Tear | |
|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | Average | 1 | 137 |
| | 175 | 160 | 154 | 152 | 155 | 159.2 | 2 | 170 |
| | | | | | | | 3 | 140 |
| | 1 | 2 | 3 | 4 | 5 | Average | 4 | 143 |
| | 247 | 247 | 252 | 255 | 249 | 250 | 5 | 184 |
| 1 | | | | Inches2 | | 0.0398 | Thickness | 154.8 |
| | | | | Force (lbs) | | 24.52 | Force | 27.52 |
| | | | | Tensile Strength | | 616.1 | Tear Strength | 177.78 |
| | Hardness | | | | | | Elongation | |
| | 1 | 2 | 3 | 4 | 5 | Average | Reading | Elongation |
| | | | | | | #DIV/0! | 2.05 | 102.45% |

### Block 2

| | Thickness | | | | | | Tear | |
|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | Average | 1 | 156 |
| | 169 | 154 | 164 | 160 | 187 | 166.8 | 2 | 139 |
| | Width | | | | | | 3 | 150 |
| | 1 | 2 | 3 | 4 | 5 | Average | 4 | 145 |
| | 249 | 249 | 250 | 249 | 251 | 249.6 | 5 | 160 |
| 2 | | | | Inches2 | | 0.0416 | Thickness | 150 |
| | | | | Force (lbs) | | 22.20 | Force | 32.35 |
| | | | | Tensile Strength | | 533.2 | Tear Strength | 215.67 |
| | Hardness | | | | | | Elongation | |
| | 1 | 2 | 3 | 4 | 5 | Average | Reading | Elongation |
| | | | | | | #DIV/0! | 1.45 | 72.46% |

VCFA 04898

## 3

| Thickness | | | | | | Tear | |
|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | Average | 1 | 165 |
| 143 | 156 | 149 | 155 | 148 | 150.2 | 2 | 157 |
| Width | | | | | | 3 | 149 |
| 1 | 2 | 3 | 4 | 5 | Average | 4 | 153 |
| 257 | 246 | 255 | 247 | 247 | 250.4 | 5 | 165 |
| | | | Inches2 | | 0.0376 | Thickness | 157.8 |
| | | | Force (lbs) | | 24.80 | Force | 29.97 |
| | | | Tensile Strength | | 659.4 | Tear Strength | 189.92 |
| Hardness | | | | | | Elongation | |
| 1 | 2 | 3 | 4 | 5 | Average | Reading | Elongation |
| | | | | | #DIV/0! | 2.02 | 100.85% |

## 4

| Thickness | | | | | | Tear | |
|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | Average | 1 | 155 |
| 173 | 153 | 152 | 159 | 149 | 157.2 | 2 | 160 |
| Width | | | | | | 3 | 163 |
| 1 | 2 | 3 | 4 | 5 | Average | 4 | 155 |
| 248 | 246 | 249 | 247 | 248 | 247.6 | 5 | 180 |
| | | | Inches2 | | 0.0389 | Thickness | 162.6 |
| | | | Force (lbs) | | 23.35 | Force | 36.27 |
| | | | Tensile Strength | | 599.9 | Tear Strength | 223.06 |
| Hardness | | | | | | Elongation | |
| 1 | 2 | 3 | 4 | 5 | Average | Reading | Elongation |
| | | | | | #DIV/0! | 1.37 | 68.43% |

## 5

| Thickness | | | | | | Tear | |
|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | Average | 1 | 151 |
| 135 | 146 | 170 | 144 | 150 | 149 | 2 | 142 |
| Width | | | | | | 3 | 132 |
| 1 | 2 | 3 | 4 | 5 | Average | 4 | 159 |
| 254 | 246 | 250 | 250 | 245 | 249 | 5 | 174 |
| | | | Inches2 | | 0.0371 | Thickness | 151.6 |
| | | | Force (lbs) | | 24.87 | Force | 34.47 |
| | | | Tensile Strength | | 670.3 | Tear Strength | 227.37 |
| Hardness | | | | | | Elongation | |
| 1 | 2 | 3 | 4 | 5 | Average | Reading | Elongation |
| | | | | | #DIV/0! | 1.98 | 99.04% |

VCFA 04899

Case 1:15-cv-00245-ACK-KSC   Document 321-6   Filed 05/26/17   Page 25 of 30   PageID.5200
Case 1:15-cv-00245-ACK-KSC   Document 180-11   Filed 11/21/16   Page 29 of 30   PageID
#: 2514

*Joe Post cure w/ aggregate*

## Product Information

| Product | 45 DC w/ Aggr. | Date Tested | 6-Apr-09 |
|---|---|---|---|
| Description | Safeway Hawaii Mitigation | Date Sprayed | 2-Apr-09 |
| Resin Batch No. | | Days Cured | |
| Iso Batch No. | | Job | |
| Additional Notes | | | |
| File Name | | Tested By | AMR |

## Equipment Information

| Pump | | | Gun | |
|---|---|---|---|---|
| Pressure | | | Chamber | |
| Temperatures | | | Tip | |

## Results

| Tensile Strength | Elongation | Tear (pli) | Hardness |
|---|---|---|---|
| 697.10 | 78.41% | #DIV/0! | #DIV/0! |
| 3 | 3 | 5 | 5 |

w

### 1

| Thickness | | | | | | Tear | |
|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | Average | 1 | |
| 164 | 156 | 158 | 160 | 135 | 154.6 | 2 | |
| 1 | 2 | 3 | 4 | 5 | Average | 3 | |
| 248 | 247 | 249 | 250 | 245 | 247.8 | 4 | |
| | | | | | | 5 | |
| | | | Inches2 | | 0.0383 | Thickness | #DIV/0! |
| | | | Force (lbs) | | 26.22 | Force | |
| | | | Tensile Strength | | 684.4 | Tear Strength | #DIV/0! |
| Hardness | | | | | | Elongation | |
| 1 | 2 | 3 | 4 | 5 | Average | Reading | Elongation |
| | | | | | #DIV/0! | 1.5704 | 78.52% |

### 2

| Thickness | | | | | | Tear | |
|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | Average | 1 | |
| 174 | 180 | 174 | 183 | 146 | 171.4 | 2 | |
| Width | | | | | | 3 | |
| 1 | 2 | 3 | 4 | 5 | Average | 4 | |
| 255 | 253 | 256 | 249 | 255 | 253.6 | 5 | |
| | | | Inches2 | | 0.0435 | Thickness | #DIV/0! |
| | | | Force (lbs) | | 30.70 | Force | |
| | | | Tensile Strength | | 706.3 | Tear Strength | #DIV/0! |
| Hardness | | | | | | Elongation | |
| 1 | 2 | 3 | 4 | 5 | Average | Reading | Elongation |
| | | | | | #DIV/0! | 1.43 | 71.42% |

### 3

| Thickness | | | | | | Tear | |
|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | Average | 1 | |
| 158 | 146 | 150 | 186 | 191 | 166.2 | 2 | |
| Width | | | | | | 3 | |
| 1 | 2 | 3 | 4 | 5 | Average | 4 | |
| 258 | 245 | 241 | 256 | 256 | 251.2 | 5 | |
| | | | Inches2 | | 0.0417 | Thickness | #DIV/0! |
| | | | Force (lbs) | | 29.25 | Force | |
| | | | Tensile Strength | | 700.6 | Tear Strength | #DIV/0! |
| Hardness | | | | | | Elongation | |

VCFA 04938

| | 1 | 2 | 3 | 4 | 5 | Average #DIV/0! | Reading 1.7057 | Elongation 85.29% |
|---|---|---|---|---|---|---|---|---|

| | Thickness | | | | | | Tear | |
|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | Average #DIV/0! | 1 2 3 4 5 | |
| | Width | | | | | | | |
| | 1 | 2 | 3 | 4 | 5 | Average #DIV/0! | | |
| 4 | | | | Inches2 | #DIV/0! | | Thickness #DIV/0! | |
| | | | | Force (lbs) | | | Force | |
| | | | | Tensile Strength | #DIV/0! | | Tear Strength #DIV/0! | |
| | Hardness | | | | | | Elongation | |
| | 1 | 2 | 3 | 4 | 5 | Average #DIV/0! | Reading | Elongation 0.00% |

| | Thickness | | | | | | Tear | |
|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | Average #DIV/0! | 1 2 3 4 5 | |
| | Width | | | | | | | |
| | 1 | 2 | 3 | 4 | 5 | Average #DIV/0! | | |
| 5 | | | | Inches2 | #DIV/0! | | Thickness #DIV/0! | |
| | | | | Force (lbs) | | | Force | |
| | | | | Tensile Strength | #DIV/0! | | Tear Strength #DIV/0! | |
| | Hardness | | | | | | Elongation | |
| | 1 | 2 | 3 | 4 | 5 | Average #DIV/0! | Reading | Elongation 0.00% |

VCFA 04939

*Joe   Post Cure w/o Aggregate*

## Product Information

| Product | 45 DC w/out Aggr. | Date Tested | 6-Apr-09 |
|---|---|---|---|
| Description | Safeway Hawaii Mitigation | Date Sprayed | 2-Apr-09 |
| Resin Batch No. | | Days Cured | |
| Iso Batch No. | | Job | |
| Additional Notes | | | |
| File Name | | Tested By | AMR |

## Equipment Information

| Pump | | | Gun | |
|---|---|---|---|---|
| Pressure | | | Chamber | |
| Temperatures | | | | Tip | |

## Results

| Tensile | Elongation | Tear (pli) | Hardness (Shore D) |
|---|---|---|---|
| 2185.79 | 319.25% | #DIV/0! | #DIV/0! |
| 3 | 3 | 5 | 5 |

**1**

| Thickness | | | | | | Tear | |
|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | Average | 1 | |
| 76 | 76 | 73 | 73 | 71 | 73.8 | 2 | |
| 1 | 2 | 3 | 4 | 5 | Average | 3 | |
| 254 | 250 | 251 | 251 | 248 | 250.8 | 4 | |
| | | | Inches2 | | 0.0185 | 5 | |
| | | | Force (lbs) | | 38.70 | Thickness | #DIV/0! |
| | | | Tensile Strength | | 2090.9 | Force | |
| | | | | | | Tear Strength | #DIV/0! |
| Hardness | | | | | | Elongation | |
| 1 | 2 | 3 | 4 | 5 | Average #DIV/0! | Reading 6.0378 | Elongation 301.89% |

**2**

| Thickness | | | | | | Tear | |
|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | Average | 1 | |
| 72 | 71 | 70 | 71 | 66 | 70 | 2 | |
| Width | | | | | | 3 | |
| 1 | 2 | 3 | 4 | 5 | Average | 4 | |
| 255 | 252 | 251 | 252 | 252 | 252.4 | 5 | |
| | | | Inches2 | | 0.0177 | Thickness | #DIV/0! |
| | | | Force (lbs) | | 37.90 | Force | |
| | | | Tensile Strength | | 2145.1 | Tear Strength | #DIV/0! |
| Hardness | | | | | | Elongation | |
| 1 | 2 | 3 | 4 | 5 | Average #DIV/0! | Reading 6.44 | Elongation 322.24% |

**3**

| Thickness | | | | | | Tear | |
|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | Average | 1 | |
| 74 | 73 | 72 | 73 | 71 | 72.6 | 2 | |
| Width | | | | | | 3 | |
| 1 | 2 | 3 | 4 | 5 | Average | 4 | |
| 256 | 254 | 250 | 250 | 250 | 252 | 5 | |
| | | | Inches2 | | 0.0183 | Thickness | #DIV/0! |
| | | | Force (lbs) | | 42.47 | Force | |
| | | | Tensile Strength | | 2321.4 | Tear Strength | #DIV/0! |
| Hardness | | | | | | Elongation | |

VCFA 04936

| | 1 | 2 | 3 | 4 | 5 | Average #DIV/0! | Reading 6.6726 | Elongation 333.63% |
|---|---|---|---|---|---|---|---|---|

**4**

| Thickness | | | | | | | Tear | |
|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | Average #DIV/0! | 1 | | |
| Width | | | | | | 2 | | |
| | | | | | | 3 | | |
| 1 | 2 | 3 | 4 | 5 | Average #DIV/0! | 4 | | |
| | | | | | | 5 | | |
| | | | Inches2 #DIV/0! | | | | Thickness #DIV/0! | |
| | | | Force (lbs) | | | | Force | |
| | | | Tensile Strength #DIV/0! | | | | Tear Strength #DIV/0! | |
| Hardness | | | | | | Elongation | | |
| 1 | 2 | 3 | 4 | 5 | Average #DIV/0! | Reading | Elongation 0.00% | |

**5**

| Thickness | | | | | | | Tear | |
|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | Average #DIV/0! | 1 | | |
| Width | | | | | | 2 | | |
| | | | | | | 3 | | |
| 1 | 2 | 3 | 4 | 5 | Average #DIV/0! | 4 | | |
| | | | | | | 5 | | |
| | | | Inches2 #DIV/0! | | | | Thickness #DIV/0! | |
| | | | Force (lbs) | | | | Force | |
| | | | Tensile Strength #DIV/0! | | | | Tear Strength #DIV/0! | |
| Hardness | | | | | | Elongation | | |
| 1 | 2 | 3 | 4 | 5 | Average #DIV/0! | Reading | Elongation 0.00% | |

VCFA 04937

*Joe. As Received no Aggregate*

## Product Information

| Product | FSS 45 DC | Date Tested | 3-Apr-09 |
|---|---|---|---|
| Description | Safeway Hawaii Mitigation. | Date Sprayed | 2-Apr-09 |
| Resin Batch No. | | Days Cured | 4/2/2009 |
| Iso Batch No. | | Job | |
| Additional Notes | | | |
| File Name | | Tested By | AMR |

## Equipment Information

| Pump | | | | Gun | |
|---|---|---|---|---|---|
| Pressure | | | | Chamber | |
| Temperatures | | | | Tip | |

### Results

| (psi) | Elongation | Tear (pli) | (Shore D) |
|---|---|---|---|
| 924.42 | 179.56% | 226.44 | #DIV/0! |
| 5 | 5 | 5 | 5 |

**1**

| Thickness | | | | | | Tear | |
|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | Average | 1 | 65 |
| 60 | 61 | 62 | 61 | 62 | 61.2 | 2 | 65 |
| | | | | | | 3 | 65 |
| 1 | 2 | 3 | 4 | 5 | Average | 4 | 65 |
| 255 | 253 | 253 | 251 | 253 | 253 | 5 | 65 |
| | | | | Inches2 | 0.0155 | Thickness | 65 |
| | | | | Force (lbs) | 14.42 | Force | 14.87 |
| | | | | Tensile Strength | 931.3 | Tear Strength | 228.77 |

| Hardness | | | | | | Elongation | |
|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | Average | Reading | Elongation |
| | | | | | #DIV/0! | 4.54 | 226.83% |

**2**

| Thickness | | | | | | Tear | |
|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | Average | 1 | 62 |
| 60 | 60 | 59 | 58 | 58 | 59 | 2 | 62 |
| Width | | | | | | 3 | 62 |
| 1 | 2 | 3 | 4 | 5 | Average | 4 | 62 |
| 256 | 253 | 252 | 256 | 251 | 253.6 | 5 | 64 |
| | | | | Inches2 | 0.0150 | Thickness | 62.4 |
| | | | | Force (lbs) | 13.02 | Force | 15.87 |
| | | | | Tensile Strength | 870.2 | Tear Strength | 254.33 |

| Hardness | | | | | | Elongation | |
|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | Average | Reading | Elongation |
| | | | | | #DIV/0! | 4.20 | 210.01% |

VCFA 04896

## 3

| Thickness | | | | | | | Tear | |
|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | Average | 1 | | 64 |
| 65 | 67 | 67 | 69 | 71 | 67.8 | 2 | | 63 |
| Width | | | | | | 3 | | 63 |
| 1 | 2 | 3 | 4 | 5 | Average | 4 | | 66 |
| 255 | 257 | 255 | 257 | 257 | 256.2 | 5 | | 64 |
| | | | Inches2 | | 0.0174 | Thickness | | 64 |
| | | | Force (lbs) | | 16.82 | Force | | 13.15 |
| | | | Tensile Strength | | 968.3 | Tear Strength | | 205.47 |
| Hardness | | | | | | Elongation | | |
| 1 | 2 | 3 | 4 | 5 | Average | Reading | | Elongation |
| | | | | | #DIV/0! | | | 0.00% |

## 4

| Thickness | | | | | | | Tear | |
|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | Average | 1 | | 61 |
| 65 | 68 | 68 | 68 | 67 | 67.2 | 2 | | 64 |
| Width | | | | | | 3 | | 62 |
| 1 | 2 | 3 | 4 | 5 | Average | 4 | | 62 |
| 254 | 254 | 252 | 253 | 252 | 253 | 5 | | 62 |
| | | | Inches2 | | 0.0170 | Thickness | | 62.2 |
| | | | Force (lbs) | | 15.47 | Force | | 13.72 |
| | | | Tensile Strength | | 909.9 | Tear Strength | | 220.58 |
| Hardness | | | | | | Elongation | | |
| 1 | 2 | 3 | 4 | 5 | Average | Reading | | Elongation |
| | | | | | #DIV/0! | 4.46 | | 223.02% |

## 5

| Thickness | | | | | | | Tear | |
|---|---|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | Average | 1 | | 67 |
| 63 | 64 | 63 | 62 | 61 | 62.6 | 2 | | 66 |
| Width | | | | | | 3 | | 65 |
| 1 | 2 | 3 | 4 | 5 | Average | 4 | | 65 |
| 255 | 256 | 258 | 252 | 252 | 254.6 | 5 | | 62 |
| | | | Inches2 | | 0.0159 | Thickness | | 65 |
| | | | Force (lbs) | | 15.02 | Force | | 14.5 |
| | | | Tensile Strength | | 942.4 | Tear Strength | | 223.08 |
| Hardness | | | | | | Elongation | | |
| 1 | 2 | 3 | 4 | 5 | Average | Reading | | Elongation |
| | | | | | #DIV/0! | 4.76 | | 237.93% |

VCFA 04897