STARN • O'TOOLE • MARCUS & FISHER
A Law Corporation

TERENCE J. O'TOOLE        1209-0
JUDITH A. PAVEY           2173-0
MAILE S. MILLER           10179-0
733 Bishop Street, Suite 1900
Pacific Guardian Center, Makai Tower
Honolulu, Hawai'i 96813
Telephone: (808) 537-6100
totoole@starnlaw.com
jpavey@starnlaw.com
mmiller@starnlaw.com

**Attorneys for Defendants/Counterclaim
Plaintiffs SAFEWAY INC and
HAWAII NUT & BOLT, INC.**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAI'I

| | |
|---|---|
| AMERICAN AUTOMOBILE INSURANCE COMPANY, a Missouri corporation; NATIONAL SURETY CORPORATION, a Illinois corporation,<br><br>          Plaintiffs,<br>vs.<br><br>HAWAII NUT & BOLT, INC. and SAFEWAY, INC.,<br>          Defendants. | CIVIL NO. CV 15-00245-ACK/KJM (Declaratory Judgment)<br><br>CERTIFICATE OF SERVICE<br><br>[Re: DEFENDANT/COUNTERCLAIM PLAINTIFF HAWAII NUT & BOLT, INC.'S ANSWERS TO PLAINTIFFS AND COUNTERCLAIM DEFENDANTS AMERICAN AUTOMOBILE INSURANCE COMPANY'S AND NATIONAL SURETY CORPORATION'S FIRST REQUEST FOR ANSWERS TO INTERROGATORIES] |

1640516

**EXHIBIT K**

## INTERROGATORY NO. 4

Identify all individuals, parties, their respective attorneys, and other experts/consultants who participated in negotiating and/or drafting the stipulated judgment entered into by YOU and SAFEWAY in the UNDERLYING ACTION, including the calculation or determination of the amount of the stipulated judgment.

Answer:

HNB incorporates by reference herein its General Objections. Subject to these objections, and without waiver of any of them, HNB answers the interrogatory as follows:

**The following individuals were involved in negotiating and/or drafting the assignment of claims between HNB and Safeway:**
Greg Takase
Peter Knapman
William Hayes III
Terence O'Toole
Judith Pavey
Maile Miller
Wendall Mitchell
Judge Kevin Chang
Keith Hunter

## INTERROGATORY NO. 5:

Identify each item of damage you claim in THIS ACTION, specifying the nature, composition, amount, and basis for each item of damage.

Answer:

HNB incorporates by reference herein its General Objections. Subject to these objections, and without waiver of any of them, HNB answers the interrogatory as follows:

3

Hawaii Nut & Bolt's principal, Bill Hayes, suffered extreme stress from, among other things, being abandoned by Fireman's Fund at the end of the Safeway case and exposing his family and business to a devastating judgment against HNB in favor of Safeway.

Bill Hayes was always told that HNB was covered, and well covered as was Mr. Hayes' intent to protect the financial security of his family. HNB is a family business. So it was a terrible shock when Fireman's Fund filed a lawsuit against HNB to get out of providing any coverage at all to HNB right before the Safeway trial, leaving Mr. Hayes' and the company to go to trial alone…possibly without even a lawyer during the middle of the trial.

Mr. Hayes was not told this was just a "tactic" on the part of Fireman's Fund and the fact that Fireman's Fund is still pursuing it tells him that it is serious. In addition to the stress of dealing with Fireman's Fund refusal to offer a reasonable amount to settle the case on behalf of HNB, if it had come to the table sooner the case may have resolved sooner, taking that burden off Mr. Hayes' shoulders sooner.

Mr. Hayes just found out that Ann Galasso, the Fireman's Fund adjuster who came out to Honolulu for the final settlement conference with Judge Chang had $1 Million in settlement authority to settle the case on behalf of HNB and yet never offered that amount, and never even told Mr. Hayes or his lawyer, Greg Takase, that it was prepared to pay $1 Million. Mr. Takase was as shocked as Mr. Hayes was by this revelation. Mr. Hayes had been told it would offer no more than $400K. Mr. Hayes believes that $1Million would probably have settled the case because that is what Safeway accepted from VersaFlex.

Mr. Hayes has also learned that the Fireman's Fund adjusters recently testified that there IS coverage for HNB under the policies and that it pays claims like the defective product claim against HNB so Mr. Hayes' feels like Fireman's Fund has been playing games. And if what Fireman's Fund says in this complaint is true, that there is no coverage for HNB as the defective product distributor, then Mr. Hayes believes this is criminal because that is HNB's business, that is where it is exposed to liability, so why was Mr. Hayes' paying premiums to Fireman's Fund for a sham insurance policy?

Mr. Hayes also knew that Fireman's Fund paid the other claims filed against HNB for some of the very same defective VersaFlex products. This whole case makes no sense to Mr. Hayes and he is very upset at the way Fireman's

4

Fund handled the settlement negotiations and in filing this lawsuit against HNB. Mr. Hayes strongly believes that Fireman's Fund has acted in bad faith and jeopardized his family's financial security and therefore their happiness. Mr. Hayes had no choice but to resolve the case himself as HNB did with Safeway to protect his family, himself, and HNB.

Finally, this has been beyond stressful for Mr. Hayes and his family. He is much more than just upset with the way Fireman's Fund handled the claim. His business faltered, his health has suffered, and his marriage of more than 25 years has fallen apart and Fireman's Fund could have substantially reduced the pressure by offering its $1 million sooner instead of suing HNB.

**INTERROGATORY NO. 6:**

Identify all witnesses with facts to support YOUR claims and defenses, including the witnesses' title, contact information, and affiliations.

Answer:

| Witness |
|---|
| **William Hayes III**<br>Hawaii Nut & Bolt<br>c/o Starn O'Toole Marcus & Fisher<br>733 Bishop Street, Suite 1900<br>Honolulu, Hawaii 96813 |
| **Douglas Moore**<br>Insurance Associates Inc./Monarch Insurance<br>c/o Bronster Fujichaku Robbins<br>1003 Bishop Street, Suite 2300<br>Honolulu, Hawaii 96813 |
| **Ann Galasso**<br>Fireman's Fund<br>c/o Crowell & Mooring LLP<br>3 Park Plaza, 20th Floor<br>Irvine, California 92614 |

## VERIFICATION

STATE OF  Hawaii  )
                 ) SS:
COUNTY OF  Honolulu  )

William R Hayes III as the authorized representative and President & CEO of Defendant/Counterclaim Plaintiff Hawaii Nut & Bolt, Inc., being first duly sworn on oath, deposes and says that the foregoing answers to Plaintiffs and Counterclaim Defendants American Automobile Insurance Company's and National Surety Corporation's First Request For Answers To Interrogatories to Hawaii Nut & Bolt, Inc. dated October 24, 2016, are true and correct to the best of his/her knowledge and belief.

_____
Signature

William R. Hayes III
Print Name

NOTARY CERTIFICATION

Subscribed and sworn to before me this 12th day of December, 2016.

_____
Signature

Georgia H. Sakai
Print Name

Notary Public, State of Hawaii
My commission expires: 9-9-19

Doc. Date: 12-12-16    # Pages 18

Name: Georgia H. Sakai
First Circuit

Doc. Description: Def./CC/Plaintiff Hawaii Nut & Bolt Inc's Answers to Pltf CC Def. American Ins. Comp. and National Surety Corps. 1st Request for Answers

_____
Signature

1640516