IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAIʻI

| | |
|---|---|
| AMERICAN AUTOMOBILE INSURANCE COMPANY, a Missouri corporation; NATIONAL SURETY CORPORATION, a Illinois corporation,<br><br>         Plaintiffs,<br>   vs.<br><br>HAWAII NUT & BOLT, INC. and SAFEWAY, INC.,<br>         Defendants. | CIVIL NO. CV 15-00245-ACK/KSC<br>(Declaratory Judgment)<br><br><br>CERTIFICATE OF SERVICE |
| SAFEWAY, INC.; HAWAII NUT & BOLT, INC.<br>         Counterclaim Plaintiffs<br>   vs.<br><br>AMERICAN AUTOMOBILE INSURANCE COMPANY, a Missouri corporation; NATIONAL SURETY CORPORATION, a Illinois corporation,<br>         Counterclaim Defendants.<br><br>   and<br><br>DOUGLAS MOORE, MONARCH INSURANCE SERVICES, INC., a Hawaii corporation, and INSURANCE ASSOCIATES, INC., a Hawaii corporation<br><br>         Additional Counterclaim Defendants | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the date indicated below and by the methods of service noted below, a true and correct copy of the foregoing document was served to the following persons at their last known address via CM-ECF:

| | |
|---|---|
| STEVEN D. ALLISON, ESQ. | sallison@crowell.com |
| SAMRAH MAHMOUD, ESQ. | smahmoud@crowell.com |
| CHRISTINE E. CWIERTNY, ESQ. | ccwiertny@crowell.com |
| Crowell & Moring LLP | |
| 3 Park Plaza, 20th Floor | |
| Irvine, California 92614 | |

BRENDAN V. MULLAN, ESQ.                                 bmullan@crowell.com
Crowell & Moring LLP
Three Embarcadero Center, 26th Floor
San Francisco, California 94111

STUART N. FUJIOKA, ESQ.                                  stuart@snfaal.com
1188 Bishop Street
Suite 1006
Honolulu, Hawaii 96813

Attorneys for Plaintiffs/Counterclaim Defendants AMERICAN AUTOMOBILE INSURANCE COMPANY and NATIONAL SURETY CORPORATION

CORLIS J. CHANG, ESQ.                                    corlis@corlischanglaw.com
Law Offices of Corlis J. Chang
465 Pauahi Tower
1003 Bishop Street
Honolulu, Hawaii 96813

Attorneys for Counterclaim Defendants INSURANCE ASSOCIATES, INC. and DOUGLAS MOORE

1

| | |
|---|---|
| KENNETH S. ROBBINS, ESQ. | krobbins@bfrhawaii.com |
| DONNA C. MARRON, ESQ. | dmarron@bfrhawaii.com |
| SASHA A. HAMADA, ESQ. | shamada@bfrhawaii.com |

Bronster Fujichaku Robbins
2300 Pauahi Tower
1003 Bishop Street
Honolulu, Hawaii 96813

Attorneys for Counterclaim
Defendants MONARCH
INSURANCE SERVICES and
DOUGLAS MOORE

    DATED: Honolulu, Hawaii, May 26, 2017.

                                                     */s/ Maile S. Miller*
                                        TERENCE J. O'TOOLE
                                        JUDITH A. PAVEY
                                        MAILE S. MILLER
                                        **Attorneys for Defendants/Counterclaim**
                                        **Plaintiffs SAFEWAY INC and**
                                        **HAWAII NUT & BOLT, INC.**