IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| AMERICAN AUTOMOBILE INSURANCE COMPANY, a Missouri Corporation; NATIONAL SURETY CORPORATION, an Illinois Corporation,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>HAWAII NUT & BOLT, INC. and SAFEWAY INC.,<br><br>　　　　Defendants.<br><br>SAFEWAY INC.; HAWAII NUT & BOLT, INC.,<br><br>　　　　Counterclaim Plaintiffs,<br><br>　vs.<br><br>AMERICAN AUTOMOBILE INSURANCE COMPANY, a Missouri Corporation; NATIONAL SURETY CORPORATION, an Illinois Corporation,<br><br>　　　　Counterclaim Defendants,<br><br>　　and<br><br>DOUGLAS MOORE, MONARCH INSURANCE SERVICES, INC., a Hawaii Corporation, and | CV NO. 15-00245 ACK-KSC |

| INSURANCE ASSOCIATES, INC., | ) |
| a Hawaii Corporation, | ) |
| | ) |
|     Additional Counterclaim | ) |
|     Defendants. | ) |

_____

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on July 18, 2017, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation That Plaintiffs And Counterclaim Defendants American Automobile Insurance Co. And National Surety Corp.'s Petition For Determination Of Good Faith Settlements, And Joinders Thereto, Be Granted" filed on July 18, 2017, ECF NO. [349] are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, August 8, 2017.



_____
Alan C. Kay
Sr. United States District Judge

Am. Auto. Ins. Co., et al. v. Hawaii Nut & Bolt, Inc., et al., Civ. No. 15-00245 ACK-KSC, Order Adopting Magistrate Judge's Findings and Recommendation.