IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| AMERICAN AUTOMOBILE INSURANCE COMPANY, a Missouri corporation; NATIONAL SURETY CORPORATION, a Illinois corporation,<br><br>          Plaintiffs,<br><br>     vs.<br><br>HAWAII NUT & BOLT, INC. and SAFEWAY, INC.,<br><br>          Defendants. | CIVIL NO. CV 15-00245-ACK/KSC (Declaratory Judgment)<br><br>DECLARATION OF JUDITH A. PAVEY; EXHIBITS "1"-"7" |
| SAFEWAY INC.; HAWAII NUT & BOLT, INC.,<br><br>          Counterclaim Plaintiffs,<br><br>     vs.<br><br>AMERICAN AUTOMOBILE INSURANCE COMPANY, a Missouri corporation; NATIONAL SURETY CORPORATION, a Illinois corporation,<br><br>          Counterclaim Defendants,<br><br>     and | |

1759756

| | |
|---|---|
| DOUGLAS MOORE, MONARCH INSURANCE SERVICES, INC., a Hawaii corporation, and INSURANCE ASSOCIATES, INC., a Hawaii corporation,<br><br>            Additional Counterclaim Defendants. | TRIAL DATE:<br>TRIAL JUDGE:  Hon. Alan C. Kay |

## DECLARATION OF JUDITH A. PAVEY

I, JUDITH A. PAVEY, declare under penalty of law that the following is true and correct:

1. I am an attorney at Starn O'Toole Marcus & Fisher ("**SOM&F**"), counsel for Defendant/Counterclaim Plaintiff SAFEWAY INC ("**Safeway**") and HAWAII NUT & BOLT, INC. ("**HNB**") in the above-entitled matter.

2. I am competent to make this declaration, and do so based upon personal knowledge, except as otherwise stated.

3. Attached hereto as Exhibit 1 is a true and correct copy of the Declaration of William Hayes Jr., signed July 21, 2017.

4. Attached hereto as Exhibit 2 is a true and correct copy of the deposition excerpts of the Videotaped Deposition of William Hayes as 30(b)(6) Representative of Hawaii Nut & Bolt, Inc. and in his Personal Capacity taken on December 13, 2016 in this action.

2

1759756

5. Attached hereto as <u>Exhibit 3</u> is a true and correct copy of the deposition excerpts of the Videotaped Deposition of Douglas Moore taken on December 14, 2016 in this action.

6. Attached hereto as <u>Exhibit 4</u> is a true and correct copy of the deposition excerpts of the Videotaped Deposition of John Foster 30(b)(6) Representative of Monarch Insurance Services taken on December 16, 2016 in this action.

7. Attached hereto as <u>Exhibit 5</u> is a true and correct copy of the deposition excerpts of the Videotaped Deposition of Sue Savio 30(b)(6) Representative of Insurance Associates, Inc. taken on December 15, 2016 in this action.

8. Attached hereto as <u>Exhibit 6</u> is a true and correct copy of the Declaration of Elliott C. Rothman dated August 7, 2017.

9. Attached hereto as <u>Exhibit 7</u> is a true and correct copy of an email exchange between Bill Hayes and Douglas Moore produced in the course of this litigation and bates numbered HNB2_00000487-89.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: Honolulu, Hawaii, August 15, 2017.

/s/ *Judith A. Pavey*
JUDITH A. PAVEY

3

1759756