# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| AMERICAN AUTOMOBILE INSURANCE COMPANY, a Missouri corporation; NATIONAL SURETY CORPORATION, a Illinois corporation, | CIVIL NO. CV 15-00245-ACK/KSC (Declaratory Judgment) |
| Plaintiffs, | DECLARATION OF WILLIAM HAYES, JR. |
| vs. | |
| HAWAII NUT & BOLT, INC. and SAFEWAY, INC., | |
| Defendants. | |
| SAFEWAY INC.; HAWAII NUT & BOLT, INC., | |
| Counterclaim Plaintiffs, | |
| vs. | |
| AMERICAN AUTOMOBILE INSURANCE COMPANY, a Missouri corporation; NATIONAL SURETY CORPORATION, a Illinois corporation, | |
| Counterclaim Defendants, | |
| and | |
| DOUGLAS MOORE, MONARCH INSURANCE SERVICES, INC., a Hawaii corporation, and INSURANCE ASSOCIATES, INC., a Hawaii corporation, | |
| Additional Counterclaim Defendants. | TRIAL DATE:  November 29, 2017 TRIAL JUDGE: Hon. Alan C. Kay |

1753061

**Exhibit 1**

## DECLARATION OF WILLIAM HAYES. JR.

I, WILLIAM R. HAYES, JR., do declare under penalty of law that the following is true and correct:

1.     I am over eighteen and am competent to make this declaration.

2.     I make this declaration based upon my firsthand knowledge of matters stated herein.

3.     I was the owner of Hawaii Nut & Bolt, Inc. ("HNB") before I sold the business to my son and current owner William R. Hayes III.

4.     Douglas Moore was our insurance agent through whom I purchased insurance for HNB including commercial general liability ("CGL") insurance.

5.     I also have a background in insurance and was licensed at one time many years ago in California but I relied on Douglas Moore as an insurance professional to procure the appropriate coverage for HNB, including product liability coverage which I considered essential coverage for HNB.

6.     I understood that the CGL insurance I purchased with Douglas Moore as our agent included product liability insurance.

7.     As the owner of a product distribution business product liability insurance coverage was critical to me and of course I understood from Douglas Moore that the policy HNB purchased through him provided that type of coverage.

2

1753061

8.     In my opinion no sensible business person owning a product distribution

business like HNB would operate without such insurance coverage.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: _E U R E K A_Montana, , July _2 1_, 2017.

_____
WILLIAM HAYES, JR.

3

1753061