# EXHIBIT 7

**Bill Hayes**

| | |
|---|---|
| **From:** | Bill Hayes |
| **Sent:** | Tuesday, June 30, 2015 5:17 PM |
| **To:** | 'Douglas Moore' |
| **Subject:** | RE: Hawaii Nut & Bolt Inc Claim 005-09-634286 |

Best of my knowledge, only product data from the Manufacturer "Versaflex" would have been allowed by the consultant, engineers, architects and construction companies. Versaflex also worked with those firms and visited the job site on multiple occasions.

---

**From:** Douglas Moore [mailto:dmoore@acwhawaii.com]
**Sent:** Tuesday, June 30, 2015 5:07 PM
**To:** Bill Hayes
**Subject:** RE: Hawaii Nut & Bolt Inc Claim 005-09-634286

Yes, there is product coverage. I think Safeway is going after your policy limits which is why FFIC now is denying based upon your misrepresentations to Safeway on the product qualities which were misleading and false. Bottom line, Nordic or the sub installing the product should be the one who dealt with Safeway direct.

Is there any specific paperwork from HNB to Safeway on the Versaflex product ?

**Doug Moore**

ACW Group, LLC  |  1000 Bishop St., Suite 600  |  Honolulu, HI 96813
Email: dmoore@acwhawaii.com   | Bus: 808-535-5090  |  Cell: 808-371-4146

---

**From:** Bill Hayes [bill@hawaiinutandbolt.com]
**Sent:** Tuesday, June 30, 2015 5:05 PM
**To:** Douglas Moore
**Subject:** RE: Hawaii Nut & Bolt Inc Claim 005-09-634286

Safeway hired a consultant, Grant Henry, to review and approve construction materials. Grant Henry was named in the lawsuit but I believe that they have settled with him.

This is all very confusing to me, do we have product liability insurance?

---

**From:** Douglas Moore [mailto:dmoore@acwhawaii.com]
**Sent:** Tuesday, June 30, 2015 5:01 PM
**To:** Bill Hayes
**Subject:** RE: Hawaii Nut & Bolt Inc Claim 005-09-634286

Fireman's Fund is grasping for some reason; actual $6,000,000 reasons which was your coverage limits. Where is Nordic and the Subcontractor in all this mess ?

Item 14 is interesting

Safeway alleges that it relied on the representations of HNB and
VersaFlex in deciding to use the VersaFlex products in lieu of a waterproofing

**Exhibit 7**

DEPOSITION EXHIBIT 64 HAYES

HNB2_00000487

system specified by Safeway's architect and engineers

I will try to find out more information. Is there any paperwork with Safeway and HNB?

**Doug Moore**

ACW Group, LLC  |  1000 Bishop St., Suite 600  |  Honolulu, HI 96813
Email: dmoore@acwhawaii.com  | Bus: 808-535-5090  |  Cell: 808-371-4146

---

**From:** Bill Hayes [bill@hawaiinutandbolt.com]
**Sent:** Tuesday, June 30, 2015 4:47 PM
**To:** Douglas Moore
**Subject:** RE: Hawaii Nut & Bolt Inc Claim 005-09-634286

Hi Doug,

Here's what we know so far, what do you make of this?

Please let me know.

Thank you,
Bill

---

**From:** Douglas Moore [mailto:dmoore@acwhawaii.com]
**Sent:** Tuesday, June 30, 2015 3:20 PM
**To:** Bill Hayes
**Subject:** FW: Hawaii Nut & Bolt Inc Claim 005-09-634286

Bill

Here is our underwriters reply on the Safeway claim. Still await word from the claims adjuster.
**Doug Moore**

ACW Group, LLC  |  1000 Bishop St., Suite 600  |  Honolulu, HI 96813
Email: dmoore@acwhawaii.com  | Bus: 808-535-5090  |  Cell: 808-371-4146

---

**From:** dawn.bonak@ffic.com [dawn.bonak@ffic.com]
**Sent:** Tuesday, June 30, 2015 3:16 PM
**To:** Douglas Moore
**Subject:** Re: Hawaii Nut & Bolt Inc Claim 005-09-634286

Doug,

The claim is in litigation and still open.   Trial date set at 10/26/15.

Regards,

Dawn Bonak
Senior Small Business Underwriter
Allianz Global Corporate & Specialty®

1003 Bishop Street
Pauahi Tower, Suite 1900
Honolulu, HI 96813

HNB2_00000488

USA

Direct: +1.808.523.6509
Fax: +1.808.523.6617
Email: Dawn.Bonak@fflc.com
www.agcs.allianz.com

Please consider the environment before printing this email and attachments.

**Douglas Moore** <dmoore@acwhawaii.com>
06/30/2015 03:00 PM

To "dawn.bonak@fflc.com" <dawn.bonak@fflc.com>,
cc
Subject  Hawaii Nut & Bolt Inc Claim 005-09-634286

Dawn

Can you find out if this claim has been closed ?

Thank you

**Doug Moore**

**ACW Group, LLC  |  1000 Bishop St., Suite 600  |  Honolulu, HI 96813
Email: dmoore@acwhawaii.com  | Bus: 808-535-5090  |  Cell: 808-371-4146**

Click here to report this email as spam.

Please Note:
The information in this E-mail message, and any files transmitted with it, is confidential and may be legally privileged. It is intended only for the use of the individual(s) named above. If you are the intended recipient, be aware that your use of any confidential or personal information may be restricted by state and federal privacy laws. If you, the reader of this message, are not the intended recipient, you are hereby notified that you should not further disseminate, distribute, or forward this E-mail message. If you have received this E-mail in error, please notify the sender and delete the material from any computer. Thank you.

HNB2_00000489