IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| AMERICAN AUTOMOBILE INSURANCE COMPANY, a Missouri corporation; NATIONAL SURETY CORPORATION, a Illinois corporation,<br><br>　　　　　　Plaintiffs,<br>　vs.<br><br>HAWAII NUT & BOLT, INC. and SAFEWAY, INC.,<br><br>　　　　　　Defendants. | CIVIL NO. CV 15-00245-ACK/KSC<br>(Declaratory Judgment)<br><br>CERTIFICATE OF COMPLIANCE |
| SAFEWAY INC.; HAWAII NUT & BOLT, INC.,<br><br>　　　　　　Counterclaim Plaintiffs,<br>　vs.<br><br>AMERICAN AUTOMOBILE INSURANCE COMPANY, a Missouri corporation; NATIONAL SURETY CORPORATION, a Illinois corporation,<br><br>　　　　　　Counterclaim Defendants,<br><br>　and | |

1759756

| | |
|---|---|
| DOUGLAS MOORE, MONARCH INSURANCE SERVICES, INC., a Hawaii corporation, and INSURANCE ASSOCIATES, INC., a Hawaii corporation,<br><br>　　　　Additional Counterclaim Defendants. | TRIAL DATE:<br>TRIAL JUDGE:  Hon. Alan C. Kay |

CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.5 of the Local Rules of Practice for the United States District Court for the District of Hawaii (L.R.), I certify that a computer word count indicates that the foregoing document contains approximately 1,249 words in Times New Roman font, at 14 pitch complies with the word count limitation of L.R. 56.1(d).

DATED:  Honolulu, Hawaii, August 15, 2017.

　　　　　　　　　　　　　　　　/s/ Judith A. Pavey
　　　　　　　　　　　　　　　　TERENCE J. O'TOOLE
　　　　　　　　　　　　　　　　JUDITH A. PAVEY
　　　　　　　　　　　　　　　　MAILE S. MILLER
　　　　　　　　　　　　　　　　Attorneys for Defendants/Counterclaim Plaintiffs SAFEWAY INC and HAWAII NUT & BOLT, INC.

2

1759756