IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAI'I

| | |
|---|---|
| AMERICAN AUTOMOBILE INSURANCE COMPANY, a Missouri corporation; NATIONAL SURETY CORPORATION, a Illinois corporation, | CIVIL NO. CV 15-00245-ACK/KSC (Declaratory Judgment) |
| Plaintiffs, | CERTIFICATE OF SERVICE |
| vs. | |
| HAWAII NUT & BOLT, INC. and SAFEWAY, INC., | |
| Defendants. | |

SAFEWAY, INC.; HAWAII NUT & BOLT, INC.

Counterclaim Plaintiffs

vs.

AMERICAN AUTOMOBILE INSURANCE COMPANY, a Missouri corporation; NATIONAL SURETY CORPORATION, a Illinois corporation,

Counterclaim Defendants.

and

DOUGLAS MOORE, MONARCH INSURANCE SERVICES, INC., a Hawaii corporation, and INSURANCE ASSOCIATES, INC., a Hawaii corporation

Additional Counterclaim Defendants.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the date indicated below and by the methods of service noted below, a true and correct copy of the foregoing document was served to the following persons at their last known address via CM-ECF:

STEVEN D. ALLISON, ESQ.            sallison@crowell.com
SAMRAH MAHMOUD, ESQ.           smahmoud@crowell.com
CHRISTINE E. CWIERTNY, ESQ.      ccwiertny@crowell.com
Crowell & Moring LLP
3 Park Plaza, 20th Floor
Irvine, California 92614

BRENDAN V. MULLAN, ESQ.           bmullan@crowell.com
Crowell & Moring LLP
Three Embarcadero Center, 26th Floor
San Francisco, California 94111

STUART N. FUJIOKA, ESQ.             stuart@snfaal.com
1188 Bishop Street
Suite 1006
Honolulu, Hawaii 96813

Attorneys for Plaintiffs/Counterclaim
Defendants AMERICAN
AUTOMOBILE INSURANCE
COMPANY and NATIONAL
SURETY CORPORATION

CORLIS J. CHANG, ESQ.            corlis@corlischanglaw.com
Law Offices of Corlis J. Chang
465 Pauahi Tower
1003 Bishop Street
Honolulu, Hawaii 96813

Attorneys for Counterclaim Defendants
INSURANCE ASSOCIATES, INC. and
DOUGLAS MOORE

1759756

KENNETH S. ROBBINS, ESQ.                    krobbins@bfrhawaii.com
DONNA C. MARRON, ESQ.                       dmarron@bfrhawaii.com
SASHA A. HAMADA, ESQ.                       shamada@bfrhawaii.com
Bronster Fujichaku Robbins
2300 Pauahi Tower
1003 Bishop Street
Honolulu, Hawaii 96813

Attorneys for Counterclaim
Defendants MONARCH
INSURANCE SERVICES and
DOUGLAS MOORE

DATED:  Honolulu, Hawaii, August 15, 2017.

/s/ Judith A. Pavey
TERENCE J. O'TOOLE
JUDITH A. PAVEY
MAILE S. MILLER
**Attorneys for Defendants/Counterclaim**
**Plaintiffs SAFEWAY INC and**
**HAWAII NUT & BOLT, INC.**

3